IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED**
**SIMPSON, CO-ADMINISTRATORS OF**         **CASE NO.:  C-1-00014**
**THE ESTATE OF CARL D. SIMPSON**

    **PLAINTIFFS**                             **JUDGE J. DLOTT**

**VS.**
                                                   **MAGISTRATE  _____**
**INTERMET CORPORATION, ET AL.**

    **DEFENDANTS**

**MOTION FOR TELEPHONE SCHEDULING CONFERENCE**

Now come, plaintiffs, by and through counsel, moving the Court for a telephone scheduling conference in the above referenced matter.  As of November 20, 2003, the Automatic Stay applicable to the defendant, Hayes Lemmerz International, Inc. Bankruptcy pending in the United States Bankruptcy Court for the District of Delaware was Modified to allow for the Civil Prosecution of the case herein.  A copy of the Order Modifying the Injunction and Automatic Stay will be filed contemporaneously with this motion.

                                                  **Respectfully Submitted,**

                                                  LAMBERT, McWHORTER & BOWLING

                                                  /s/ D. Scott Bowling
                                                  D. SCOTT BOWLING (0067617)
                                                  ATTORNEY FOR PLAINTIFFS
                                                  215 SOUTH 4TH STREET
                                                  P. O. BOX 725
                                                  IRONTON, OH  45638
                                                  attys@cloh.net
                                                  740-532-4333
                                                  740-532-7341 fax

**Certificate of Service**

A copy of the foregoing Order was filed on the CMECF electronic filing system, such filing providing service on this the 24th day of November 2003. Further, a copy of the Order was served by mailing the same, postage prepaid or via Electronic Case Filing to counsel of record.

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax