IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| HAYES LEMMERZ INTERNATIONAL, | * | Cases No. 01-11490 (MFW) |
| INC., *et al.*, | * | |
| | * | **Related to Docket No. 2881** |
| Debtors. | * | |

---

### ORDER MODIFYING INJUNCTION AND AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW FOR PROSECUTION OF CIVIL ACTION NO. C-1-000014 IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

Upon consideration of the Motion of The Estate of Carl Simpson to Lift Automatic Stay to Allow for Prosecution of Civil Action No. C-1-000014 in the United States District Court for the Southern District of Ohio at Cincinnati; and it appearing that this Court has jurisdiction over this matter; and it appearing that notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefore, it is hereby;

ORDERED that the Injunction imposed pursuant to the Revised Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§1129(a) and 1129(b) and Fed.R.Bankr.P. 3020 Confirming Modified First Amended Joint Plan of Reorganization of Hayes Lemmerz International, Inc. and its Affiliated Debtors and Debtors-in-Possession, Dated April 9, 2003, as Further Modified (Docket No. 2340) and/or the automatic stay pursuant to 11 U.S.C. 362, to the extent applicable, are modified to the extent necessary to permit the Movant to proceed to trial and final judgment to the United States District Court for the Southern District of Ohio at Cincinnati in that certain Civil Action No. C-1000014. (the "Civil Action")

{D0015793:1}2

ORDERED that nothing contained herein shall affect the rights of the the parties in the Civil Action, nor shall anything contained herein be interpreted as a determination as to the status, validity or amount of a claim or claims, if any, resulting from the Civil Action.

Date: 11/20/03

Honorable Mary F. Walrath
Chief United States Bankruptcy Judge