IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARL G. SIMPSON, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv00014-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| INTERMET CORPORATION, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the plaintiffs' motion for telephone scheduling conference (Doc. 70). Such motion is hereby GRANTED and a scheduling conference is hereby set for Friday, January 9, 2004 at 11:00 a.m. by telephone.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge