# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
 2                        WESTERN DIVISION

 3
     CARL G. SIMPSON AND BONNIE REED
 4   SIMPSON, CO-ADMINISTRATORS OF
     THE ESTATE OF CARL D. SIMPSON,
 5
                    Plaintiffs,
 6
                                              Hon. J. Dlott
 7   vs.
                                              Case No.: C-1-00014
 8   INTERMET CORPORATION, ET AL.,

 9                  Defendants.

10   _____

11                  DEPOSITION OF ALAN GOULD

12   taken by the Plaintiff on the 21st day of July, 2003 at Best

13   Western, 510 Huron Avenue, AuGres, Michigan at 1:34 p.m..

14
                             APPEARANCES:
15
     For the Plaintiff:        LAMBERT, McWHORTER & BOWLING
16                             Randell Lambert, (P-17987)
                               215 South 4th Street
17                             P.O. Box 725
                               Ironton, OH  45638
18                             (740) 532-4333

19   For the Defendant         LAWRENCE J. BARTY, ESQ.
     Intermet and Ironton:     188 First Tower
20                             4525 Walnut Street
                               Cincinnati, OH  45202-3957
21

22   For the Defendant         LANE, ALTON & HORST, LLC
     George Fischer Disa:      Theodore M. Munsell, ESQ.
23                             175 South Third Street
                               Columbus, OH  43215-5100
24                             (614) 228-6885

25

                                                                1
```

```
 1        because of certain requests by Intermet.
 2    Q.  Okay.  And that's -- I'm referring to Exhibit 1 in
 3        the Hayes deposition exhibits.  That's an October 22nd,
 4        1991 letter from you to Jim Aullread; correct?
 5    A.  I believe this is the original proposal.
 6    Q.  Page 1 of that document you indicate the machine
 7        would be put in first-class working condition.  Can you
 8        describe first-class working condition?
 9    A.  Basically I'm saying it's as good as new.
10    Q.  This was -- do you recall the -- the age when this
11        machine was new?  What year it was?
12    A.  I don't have that.  I don't have that knowledge, but
13        I do know where they came from.
14    Q.  Okay.
15    A.  We purchased them from Ford Flat Rock, in Flat Rock,
16        Michigan, which was a pretty new foundry that Ford was
17        putting in.  And they had over 40 of those Sutter 1630's
18        in the facility.  And then they closed, after being open
19        for only a few years, and C.M.I. bought all 40 of those
20        Sutter 1630's because we had planned to use them in our
21        own foundries.
22    Q.  Okay.  From my recollection I believe this is
23        manufactured around 1978.  Does that --
24    A.  That could be true.
25    Q.  -- sound about right?
```

27

1  A.  Right.

2  Q.  When you said as good as -- define first-class as

3  good as new, that means the machine would be in the same

4  position, as far as any safety devices would be

5  concerned, that a new Sutter would be in 1992 or '93?

6  A.  I guess I wouldn't say just safety. I know

7  you're --

8  Q.  I'm concentrating on --

9  A.  Just on safety.

10 Q.  Yes.

11 A.  I can truthfully say that whatever was provided as

12 safety on the original equipment would have been provided

13 on the equipment that we remanufactured.

14 Q.  Were you familiar with any changes as far as

15 operation that affected safety or made the machines safer

16 that had occurred from Sutter from the time these

17 machines were manufactured until they were remanufactured

18 by C.M.I.?

19 A.  There -- I don't know if Sutter came up with this

20 design or it came out of a General Motors foundry where

21 there were some scissor-type locks that were added to the

22 top of the gassing frame so that if they were going in

23 and working on the machine, the scissor locks could be

24 brought in and the machine shut down and locked out, and

25 they would hold up the gassing frame. Because gravity

28

```
 1                THE WITNESS:  Yes.
 2                MR. MUNSELL:  So they probably have to be made
 3      together?
 4                THE WITNESS:  Made together.
 5                MR. MUNSELL:  I'm sorry to interrupt, Randy,
 6      I'm just --
 7                MR. LAMBERT:  That's all right.
 8                MR. MUNSELL:  Sort of elementary --
 9                THE WITNESS:  That's pretty good.
10                MR. LAMBERT:  Okay.  That's fine.
11    BY MR. LAMBERT CONTINUING:
12      Q.    So when you made this proposal back in Exhibit 1
13      there to sell a retrofitted Sutter to Intermet, it did
14      not include the core box?
15      A.    That is correct.
16                MR. MUNSELL:  Or any of the tooling?
17                THE WITNESS:  None of the tooling.  And that's
18      why we had to stretch the machine because a standard
19      Sutter machine has a 30 by 40 blow area.  That's
20      standard.  Intermet tooling required a larger blow area
21      which at that time was -- it's in one of these letters of
22      the original proposal.  The one -- back up.  It's like 34
23      by 45 or something.  So the tooling they wanted to put in
24      there was bigger.  So anything that we had, like a sand
25      chamber or blow magazine, we never labeled that, had to
```

49

1  be bigger than the sander. The car that -- the bolster
2  car that the drag sets on was bigger than standard. They
3  were making a lot bigger mold than normally would be made
4  on this machine.
5  Q.    Was the core box bigger than the normal?
6  A.    Yes, it was.
7  Q.    Is that something that could be -- that could be
8  purchased, a used core box that size somewhere, or was
9  that something that had to be built by someone else?
10 A.    It was probably new tooling because -- sometimes a
11 customer -- like Ford might have been providing the
12 tooling.
13 Q.    Okay.
14 A.    Okay? Back then a lot of times G.M. or Ford or
15 Chrysler would provide the tooling, or they would pay you
16 to make it. Now a days they expect you to just eat it.
17 Q.    Okay.
18 A.    And that was part of the whole problem originally
19 when we did this is because it was a new job. And I
20 believe it was new tooling and it hadn't been designed
21 yet. We only knew the outside was going to be about this
22 big.
23 Q.    So the exterior of the core box that would fit, you
24 knew what size it was going to be?
25 A.    I had to know that.

50

1  Q.    And again you used the word scope, and I understand
2  that.  But I see that as there could be a whole lot of
3  changes still within the scope.  It appears they were
4  ordered fairly close together and it's --
5  A.    I believe they were the same price, and I think they
6  were the same.
7  Q.    Okay.  The strip cylinder I believe we have
8  concluded was pneumatic when it left C.M.I. and went to
9  Intermet; correct?
10 A.    It was pneumatic when it left C.M.I., yes, sir.
11        MR. MUNSELL:  For both purchases?
12        THE WITNESS:  For both purchases.
13 BY MR. LAMBERT CONTINUING:
14 Q.    When this injury occurred in the late '90s there was
15 a solenoid valve on the Sutter machine where this injury
16 occurred that was manually operated or depressed to raise
17 the cope during a maintenance cycle.  How was the cope
18 raised on the Sutter machine when it left C.M.I. to go to
19 Intermet on both of them?
20 A.    It was designed to be done at the operator's
21 station.
22 Q.    When you say it was designed to be done, that
23 doesn't always mean that was the end result.  So let's
24 separate it out.
25         When you say it was designed to be done, was

62

```
 1      was a process that had to occur, the raising of the cope,
 2      before the machine could be put back into operation?
 3              I'm not talking about necessarily in '99, but
 4      when the machine was being prepared to be sold to
 5      Intermet.
 6   A.  When we sold it and delivered it to Intermet, there
 7      were provisions -- stations electrical control panel and
 8      panel made screen to raise and lower the strip cylinder
 9      and whatever else was with that through the operator's
10      controls.  And it's in the program logic also.  And that
11      was with a pneumatic cylinder.
12              MR. MUNSELL:  You're talking about the strip
13      cylinder?
14              THE WITNESS:  The pneumatic strip cylinder.
15              And we provided a pneumatic solenoid valve to
16      operate that cylinder.
17  BY MR. LAMBERT CONTINUING:
18   Q.  When you say provided pneumatic solenoid valve to
19      operate; is that a manual valve?
20   A.  No, it's an electrically controlled solenoid valve.
21   Q.  Okay.  To be operated from the control panel?
22   A.  Correct.
23   Q.  When the Sutter machines, including both machines,
24      which would include four stations, --
25              MR. LAMBERT:  Sorry, Nancy.
```

64

1  strip cylinder through the electric pneumatic valve on
2  the control panel?
3  A.   I didn't see the installation at Intermet until, you
4  know, a few months after it was installed.  And I didn't
5  really go there to watch that particular point, so I
6  can't say for sure how they did it.  I can tell you that
7  we ran the machine in our plant before it was shipped,
8  and we dry-cycled without tooling and things like that.
9  And that's how we did it.
10 Q.   So there was a control on the control panel, or a
11 button, if you will on the control panel, when the
12 machine was sold and shipped for the raising of the core
13 box from the control panel?
14 A.   That's correct.  It wasn't so much a hard wire --
15 hard wired button.  It might have been a button that was
16 created on the panel view touch screen.
17 Q.   Okay.
18 A.   As opposed to a selector switch; okay?  Something
19 you'd actually push.  It would be on the screen and you
20 could select it from there.
21 Q.   So when the machines left C.M.I. and went to
22 Intermet to be installed, if there had to be some type of
23 maintenance or cleaning in the area between the cope and
24 the gas head, when that cope and core box was then raised
25 back to the gas head to start cycling again, that it was

67

```
 1        designed and built for that to be done on the control
 2        panel?
 3    A.   That's correct.
 4    Q.   The way it was built and sold, if there was some
 5        problem with that valve on the control panel, then you
 6        could what, use -- do what I call a manual override or
 7        depress the cylinder valve manually and raise the strip
 8        cylinder; correct?
 9    A.   That's what I said, I'd have to go back and look to
10        see if the valve had the capability to be able to do
11        that.
12    Q.   Okay.  When the machine is in normal operation that
13        control -- you did not use that control on the panel to
14        raise the core box as part of the normal operation
15        because that was automatic; correct?
16    A.   That's correct.  It would have been in manual mode
17        function.
18    Q.   Okay.  And I may be repetitive, but this is
19        something obviously we have to get very clear.  In the
20        manual mode function, the valve on the -- I mean the --
21        strike that.
22             In the manual mode function, the way the
23        machine was remanufactured and sold, was for the raising
24        of the core box by a -- by the control panel -- raising
25        of the strip cylinder; correct?
```

                                                              68

1   A.   Correct.

2   Q.   In the normal functioning process it was
3   automatically -- the stripe cylinder raised itself as a
4   part of the process?

5   A.   Correct.

6   Q.   And the -- the PLC was written in such a way that it
7   had the manual -- what we're calling the manual mode
8   installed, so when the machine was not in the operating
9   cycle, it could still -- the strip cylinder could still
10  be raised from the control panel?

11  A.   Yes.  Every cylinder operated function on the
12  machine could be controlled through the operator control
13  panel in manual mode.

14  Q.   If there -- if you find in your schematics there was
15  a solenoid valve that could be depressed to change the
16  control of the valve, then if for some reason that switch
17  or control on the control box was not operational, it
18  malfunctioned or whatever, the strip cylinder, in manual
19  mode, could have been raised by using that solenoid --
20  depressing that solenoid valve if it was on there?

21  A.   If it had the capability it could have, yes.

22  Q.   Do you know whether or not the same control panel
23  could be used if that pneumatic cylinder was changed to
24  hydraulic?

25  A.   The same control panel could be used --

69

1   strip cylinder from coming up.
2   Q.   Okay.
3   A.   What prevented the squeeze cylinder from coming up
4        is the machine had no power to it.  No hydraulic source
5        of energy.  No electrical source of energy.  How could it
6        be raised if there's no power to it?
7   Q.   Mr. Gould, the safety protection you're talking
8        about, is that what we have referred to as the lock-out
9        procedure; locking the three sources of power, providing
10       valves that have locks placed on them to lock out the
11       power -- the energy?
12  A.   Yes.
13  Q.   Was there a lock-out procedure provided with the
14       machines to Intermet?
15  A.   I don't believe there was a specific step-by-step
16       procedure other than the statement saying the machine
17       needs to be locked out and tagged out before anybody
18       enters inside the machine.  I don't believe it
19       specifically said turn this valve.  Turn that valve.
20       Push this button.  Push that button.  Because we only
21       provided part of the total system.  We provided a core
22       machine, or mold machine, but there was all kinds of
23       ancillary equipment that was integrated into the machine
24       to make it a completely functional machine which we had
25       no control over.

81

1  A. What it says is that they want a lock-out mode
2  valve. To me that means that type of ball valve that's
3  -- when it's in its closed position you could put a
4  padlock on it.
5  Q. Do you know whether or not there was such a lock-out
6  valve on the machine prior to this request?
7  A. There was -- the way it's written, there was a ball
8  valve, but it didn't have a lock-out provision to put a
9  lock on it.
10 Q. Okay. Were there any discussions about any other
11 safety features to prevent someone from being smashed
12 inside the machine other than the lock-out valves between
13 you and anyone at Intermet? And we have talked about the
14 two different devices you talked about. In addition to
15 those. Separate from those I should say.
16 A. I can't recall any others.
17 Q. Tab 20. Go to the page that deals with the C.M.I.
18 Equipment and Engineering Instruction Manual.
19     Do you know if the instruction manual -- is
20 that something that was put together by C.M.I. or in
21 effect copied?
22 A. It was put together by C.M.I. but I believe we used
23 the Sutter manual as the guideline.
24 Q. And on Page 2237 under safety procedures, it's right
25 at -- yeah, starts -- say it's the first one I pulled

92

```
 1    out.  That's the reason I got it first.  11.4 says:
 2         "Do not cycle the machine by manual overrides of
 3          solenoid valves, unless operation is properly
 4          supervised."
 5         The manual solenoid valves that we were talking
 6    about are the ones that have an electric manual overrides
 7    on the control panel?  Is that correct?
 8    A.    Yes.
 9    Q.    Okay.  When the Sutters -- retrofitting was designed
10    by C.M.I. was there a state where there was a zero energy
11    -- all energy was at zero?  Was the machine capable of
12    being put in that state?
13    A.    Yes.
14    Q.    What process did you have to go through to get into
15    that state?
16    A.    You had to shut the power off at the main panel.
17    Flip the disconnect switch to make sure there was no
18    electrical power available to that panel.  And when you
19    do that there is an accumulator on the hydraulic system
20    that stored the energy.  And that there -- that will
21    activate the cylinder operator dump valve.  That will
22    release any of the energy that's in the accumulator.  And
23    all of the fluid will go back into the tank on the
24    hydraulic reservoir.
25    Q.    Was such a system to relieve the stored energy
```

93

```
 1        having die blocks installed on them like I'm talking
 2        about?
 3                 MR. MUNSELL:  Object.
 4   A.   I have read through all this stuff and it's my
 5        understanding at one time they did put some kind of die
 6        blocks in there.
 7 BY MR. LAMBERT CONTINUING:
 8   Q.   At General Motors I believe?
 9   A.   Intermet.
10   Q.   At Intermet?
11   A.   Um-hmm.  I believe they also tried some other things
12        too, but --
13   Q.   Jack stands and --
14   A.   Jack stands.
15   Q.   -- pieces of wood and --
16   A.   Yeah, piece of tubing, piece of eyebeam.  You know,
17        something in --
18   Q.   Yeah.  Okay.  I think you have answered this
19        already.  When the machine left C.M.I., the control panel
20        then was set up in such a way that the manual operation
21        of the strip cylinder was done from the control panel --
22   A.   It --
23   Q.   -- by the operator?
24   A.   It had provisions to be -- to do that at the control
25        panel by the operator.
```

101

1  Q.  When you say it had provisions to be able to do
2  that, I mean was there actually a switch on the control
3  panel, or did you -- was the control panel put
4  together --
5  A.  It would have been.
6  Q.  -- by C.M.I.?
7  A.  One in the manual view screens that were programed
8  by C.M.I. Or Koester Corporation would have been a
9  button, probably two buttons. One to raise it and one to
10 lower it.
11 Q.  Okay. Touch screen type and not a hard-wired
12 selector or switch or a button?
13     You would agree with me regarding this: Any
14 type of design or retrofitting in this machine, that any
15 manual control such as that should be done from the front
16 of the machine where the person operating that can see
17 the machine and see the opening in the machine?
18 A.  Most definitely.
19 Q.  Why is that?
20 A.  Clear sight. Clear vision. He's the one that is
21 controlling it. He can see everything. I mean just
22 makes sense that that would be the place to do it from.
23 Q.  Okay.
24     Let's look at Book two, Tab 39 at --
25     MR. LAMBERT:  Off the record.

102