# EXHIBIT B

SIMPSON vs. INTERMET
DATE TAKEN: 10-22-03

Case 1:01-cv-00014-WOB    Document 73-4    Filed 05/03/2004    Page 2 of 7

Multi-Page™

DEPOSITION OF: TOM WUEPPER
COURT    PORTER: JOANNE KENDALL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

CARL G. SIMPSON and BONNIE REED
SIMPSON, Co-Administrators of the
Estate of Carl G. Simpson,

                              Case No. C-1-000014

        Plaintiffs,

-vs-

INTERMET CORPORATION, ET AL.,

        Defendant.

_____/


DEPOSITION OF THOMAS EARL WUEPPER


Taken by Plaintiff on the 22nd day of October, 2003 at

510 West Huron, AuGres, Michigan, at 1:36 p.m.


APPEARANCES:


For the Plaintiff:      MR. RANDALL LAMBERT
                          215 S. 4th
                          P.O. Box 725
                          Ironton, Ohio  45638
                          (740) 532-4333


For the Defendant:      MR. LAWRENCE J. BARTY
                          Taft, Stettinius & Hollister LLP
                          422 Walnut Street
                          Suite 1800
                          Cincinnati, Ohio  45202-3957
                          (513) 381-0205

COPY

SIMPSON vs. INTERMET   Multi-Page™   DEPOSITION OF: TOM WUEPPER
DATE TAKEN: 10-22-03                           COURT   PORTER: JOANNE KENDALL

Case 1:00-cv-00014-WOB   Document 73-4   Filed 05/03/2004   Page 3 of 7

Page 17

1  Q. Was there any type of training provided by CMI or you or
2      through your department for the people working in the
3      engineering department that assisted them in being,
4      maintaining compliance with OSHA, such as on-the-job
5      training or documents or anything that was provided?
6  A. I don't believe so.
7  Q. Was there any type of review process or anything that
8      you had in place formally that provided for review of
9      drawings or design proposals from a safety standpoint,
10     checklist or any type of formal procedure?
11 A. I don't recollect a real formal procedure of that
12     offhand.
13 Q. Was there some type of approval process where more than
14     one person was involved in design proposals,
15     specifically like retrofitting a machine design to
16     retrofit a machine, was there any review process or
17     basically the person that was assigned that project was
18     --
19 A. You finished?
20 Q. Yes.
21 A. Okay.  The person responsible for it would more or less
22     follow it.  When a machine would be on the floor we
23     would all look at it.  And there's a thing called point
24     of operation where the control panel is, if a person is
25     -- if the person is at the point of operation and cannot

Page 18

1    get hurt, we kind of left it at that point you know.

2  Q.  Okay. Was there some type of an approval process when

3       an engineer or someone, a draftsman or designer

4       prepared, worked on a project, was there any type of

5       approval process for that design or that proposal before

6       work started on it or before it was actually used?

7            MS. BRIDE: Objection, compound. You're

8       asking several questions in one.

9            MR. LAMBERT: Let me back up.

10  BY MR. LAMBERT:

11  Q.  I assume you would either review some of the designs or

12       all of them from the people who worked for you before it

13       was put into effect?

14  A.  The design of the machine? Yes.

15  Q.  Did every design proposal need your approval before it

16       could be put in place?

17  A.  No.

18  Q.  Was there any type of process where it needed anybody's

19       approval or needed to be reviewed by anyone other than

20       the actual person assigned that project before they

21       could start work on it?

22  A.  No. Most projects were fast track and much of the

23       components of the machine would be released to the shop

24       before the engineering was complete, before the design

25       is even complete.

Page 31

```
 1   to -- you'd have to step it through manually and get
 2   back to a start position before you could do that.
 3 Q. Do you know where the start posit -- where the
 4   components of the machine, the cope, the drag and the
 5   gas head and such were at the start position?
 6 A. No.  I guess I really don't know exactly where they
 7   were.
 8 Q. When you worked later as the senior plant engineer at
 9   the Cadillac plant, were you aware of times that the
10   cold box Sutters would, that there would be sand that
11   would stick either in the blow tubes or in the cope
12   which needed to be cleaned?
13 A. Yes.  That's a typical thing I know in making the cores.
14 Q. Okay.  As I understand they call them stickers at the
15   Ironton plant.  Is that a correct terminology?
16 A. I think that's kind of the term.
17 Q. In order to clean these stickers the machines would have
18   to be put into a manual mode and locked out?
19 A. That would be the normal procedure.
20 Q. How were those cleaned at the Cadillac plant?  I assume
21   you would be aware of that as the plant engineer, how
22   did they go about cleaning the sand from those machines
23   when they had stickers?
24 A. Well if they had a real good one, they'd shut her down,
25   lock it all out.  The way we had the machine set up over
```

Page 47

1    being retrofitted?
2 A. This is talking about one machine only, two station.
3         MS. BRIDE: Right.  He's asking —
4         THE WITNESS: Two phases.
5         MS. BRIDER: -- the letter.
6 BY MR. LAMBERT:
7 Q. Let's not even refer to the letter right not.  Are you
8    aware of there being more than two Sutter, 1630 Sutter
9    machines that were retrofitted for Intermet around the
10   early '90s?
11 A. Not that I'm aware of.
12 Q. Are you aware of Intermet ordering any 1630
13   remanufactured machines for any place other than
14   Ironton?
15 A. Not offhand.
16 Q. Okay.  All right.  During the process of the
17   remanufacturing of the Sutter machines for the Intermet
18   at Ironton during the installation stage, there was some
19   discussion about the, incorporation of some mechanical
20   stops for the machine; I believe particularly to the gas
21   head.  Do you recall that or have any recollection of
22   that?  Do you have any recollection of it at this time?
23 A. What's that?
24 Q. Well I'm just ask -- first, I'm going to ask you do you
25   recall just being involved in mechanical stops or any

Page 52

1 this Sutter machine that the OSHA standards require that

2 remanufacturing, once the machine is remanufactured for

3 it to be, the OSHA standards be complied with regarding

4 any remanufacture?

5 A. We complied with OSHA insofar as the point of

6 operation. I don't know what other guarding and shields

7 and everything else was put on this equipment. I don't

8 know that.

9 Q. Was there any consideration given by CMI when they

10 retrofitted machines such as the Sutters to protections

11 regarding pinch points?

12 A. Insofar as the point of operation there is no problem

13 for the operator, there is no pinch point for the

14 operator at the point of operation.

15 Q. At the Ironton plant the operator had a helper. Were

16 there helpers involved with the operators in the Sutters

17 at the Cadillac plant?

18 A. There was maintenance people around. I don't -- I don't

19 know if I would call them helpers.

20 Q. Someone other than the person at the control panel.

21 There were two people at the Sutter machines at Ironton,

22 one was involved in operating the control panel, the

23 other involved in the removal of cores.

24   MS. BRIDE: What's the question?

25 BY MR. LAMBERT: