# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED   )
SIMPSON, CO-ADMINISTRATORS OF     )
THE ESTATE OF CARL D. SIMPSON,    )
                                  )
        Plaintiffs,               )
                                  )
    vs.                           )   Case No. C-1-00-0014
                                  )
INTERMET CORPORATION, et al.,     )
                                  )
        Defendants.               )   COPY

THE DEPOSITION OF JOHN ALLREAD, produced, sworn, and examined on Tuesday, November 6, 2001, at 10:00 in the morning of that day, pursuant to Federal Rules of Civil Procedure, Subpoena, and Notice to Take Deposition at the offices of Court Reporting Advantage, 2042-A South Brentwood, in the City of Springfield, County of Greene, State of Missouri, before Christine Richele, Certified Shorthand Reporter, Registered Professional Reporter, Certified Court Reporter #385, and Notary Public, in a certain cause now pending in the United States District Court, for the Southern District of Ohio, Western Division, wherein the parties are as above set forth; taken on behalf of Defendant Hayes Lemmerz International - Equipment & Engineering, Inc.

| | | | |
|---|---|---|---|
| 10:20 AM | 1 | Q | Who was the safety engineer? |
| | 2 | A | I don't remember his name. Corporate guy. And, yes, |
| | 3 | | and he went through the entire installation, checked |
| | 4 | | it off, made sure everything was A-okay, as far as |
| 10:20 AM | 5 | | Intermet corporate was concerned. We did determine |
| | 6 | | that, again, CMI had furnished the machines the way we |
| | 7 | | had specified the machines, with all the safety |
| | 8 | | lockouts, both hydraulically, pneumatic, and |
| | 9 | | electrical, that they were supposed to do. Those |
| 10:21 AM | 10 | | procedures were enforced, at least when I was there. |
| | 11 | Q | Do you know what company was involved with the |
| | 12 | | hydraulics on the machine? |
| | 13 | A | It was basically -- you know, it came with the |
| | 14 | | hydraulics that we had to hook all the -- you know, we |
| 10:22 AM | 15 | | had to hook it all up. And so there was a contract, a |
| | 16 | | piping contract that was, indeed, issued. Again, I |
| | 17 | | don't remember the name of that subcontractor, but it |
| | 18 | | was a local company out of either Ashland, Kentucky, |
| | 19 | | or in that area. |
| 10:22 AM | 20 | Q | It wasn't CMI who did the piping? |
| | 21 | A | No. |
| | 22 | Q | Did CMI provide a control panel for the Sutters? |
| | 23 | A | That would be our normal way of doing things. I don't |
| | 24 | | actually specifically remember if that's what -- if it |
| 10:22 AM | 25 | | was done that way, but that's how we would normally do |

12:05 PM 1           guards.
2       A    Yes.
3       Q    When was it your understanding that the wire mesh
4            guards were to be incorporated into use on the Sutter
12:05 PM 5           machines at Ironton Iron?
6       A    Again, I believe they were shipped with the machine
7            from CMI.
8       Q    Okay.
9       A    Now, we may have added and subtracted -- the Ironton
12:05 PM 10          people may have added or subtract from those guards
11           depending upon -- because the person who makes the
12           equipment does not necessarily understand how the
13           equipment will be used, and so sometimes it will be
14           changed.
12:05 PM 15      Q    And you had also indicated that you were relying on
16           CMI to build the machine in accordance with the OSHA
17           regulations at that time when they were shipped?
18      A    Standard on our purchase order will be they will
19           follow all state, federal regulations, local
12:06 PM 20          regulations.  And as far as I know, CMI did that.
21      Q    Because it's your understanding, if these machines
22           were shipped in 1991, '92, that -- would it be fair to
23           say that your understanding of OSHA requirements at
24           that time would require guards and also light curtains
12:06 PM 25          if applicable for --

| | | |
|---|---|---|
| 12:55 PM | 1 | respect to ensuring that things are running safely on |
| | 2 | machines; is that a fair assumption on my part? |
| | 3 | A   I attempt to, yes. |
| | 4 | Q   All right.  I'm going to ask you to assume that a |
| 12:56 PM | 5 | sticker was involved on this machine on this |
| | 6 | particular day.  And first of all, are you familiar |
| | 7 | with a sticker, what a sticker is? |
| | 8 | A   Yes. |
| | 9 | Q   What is a sticker? |
| 12:56 PM | 10 | A   A sticker is when the blow tubes -- you know, when |
| | 11 | you've got them full of sand and you've got to go in |
| | 12 | there and clean them out.  Otherwise, you get a soft |
| | 13 | spot on the mold. |
| | 14 | Q   Okay.  Have you ever seen a sticker being knocked out |
| 12:56 PM | 15 | by someone during the operation of the machine? |
| | 16 | A   Yes, I have. |
| | 17 | Q   I'm going to ask you to assume that a sticker had |
| | 18 | occurred and the helper, Carl Simpson, got in to fix |
| | 19 | the sticker after the machine was appropriately locked |
| 12:56 PM | 20 | out.  I'm going to also ask you to assume that he then |
| | 21 | handed his lock to the operator and said go ahead and |
| | 22 | unlock and re-energize the machine. |
| | 23 | A   Handed his key? |
| | 24 | Q   Yes.  And said go ahead and re-energize the machine. |
| 12:56 PM | 25 | I'm done with pounding out the sticker.  At which |