# EXHIBIT F

```
 1                    UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF OHIO
 2                          WESTERN DIVISION


 3
         * * * * * * * * * * * * * * *
 4       CARL G. SIMPSON, et al.,     *
                                      *
 5              Plaintiffs,           *
                                      *  Case No.: C-1-00-0014
 6       vs.                          *
                                      *
 7       INTERMET CORPORATION, et al.,*
                                      *
 8              Defendants.           *
         * * * * * * * * * * * * * * *
 9


10


11


12       DEPONENT:          ROBERT McMILLAN

13       DATE:              NOVEMBER 16, 2001

14       TIME:              12:24 P.M. - 2:35 P.M.

15       LOCATION:          AIRPORT HOLIDAY INN
                            SUITE 218
16                          ROANOKE, VIRGINIA

17       REPORTED BY:       CYNTHIA N. STILES
                            COURT REPORTER
18                          NOTARY PUBLIC IN AND FOR THE
                            STATE OF VIRGINIA AT LARGE
19

20

21

22

23

24

25
```

Page 35

1  screen panel view. It had the controls interface on
2  that screen to allow the operator to do whatever needed
3  to be done with the machine.
4      Q  And that panel view is what we see in the
5  right-hand side of R-1?
6      A  I believe that is the panel view. But I will
7  reiterate; the hydraulic valve is not something that the
8  operator would ever have any reason to do anything with.
9      Q  In fact, it would be an undesirable
10  arrangement, would it not, for the operator to have to
11  leave his operating station, go to the side or rear of
12  the machine to activate a valve to bring the cope back
13  to the gas head? Would you agree with that?
14      A  You couldn't run the machine and do that.
15      Q  I mean would that be an undesirable condition
16  or arrangement?
17      A  It would be, but the machine wouldn't run.
18  The machine is set up for an automatic cycle.
19      Q  The same question or same series of questions
20  along that line that we are talking about, as far as the
21  machine being shut down and the removal of stickers.
22  Are you familiar with that process?
23      A  Yes, I am.
24      Q  Is that process any different than what we've
25  been talking about? If the machine were to be cycled to

Page 36

1  the position as we see in Exhibits R-2 and R-3, with the
2  cope separated from the gas head in order to remove
3  stickers from the top part of the cope, is it your
4  understanding that for employee, for the operator to
5  attach the cope back to the gas head, he should be able
6  to do that from his operating station?
7      A  It's my understanding, yes.
8      Q  Again, it would be an undesirable arrangement
9  for the operator to have to leave his control panel to
10  activate a valve to bring the cope back up to the gas
11  head?
12      A  Let me clarify one thing. Are you talking
13  about this is a normal part of the production process?
14      Q  Normal as in if you include normal part of
15  the production process to include the removal of
16  stickers from the top part of the cope, yes.
17      A  I don't think it's a good practice for the
18  operator to be overriding the solenoid. I don't
19  remember that was ever necessary.
20      Q  It would be an unsafe condition? Would you
21  agree with that?
22      A  It's not necessarily unsafe, but it's not a
23  good practice, and the valve is not designed for that to
24  be done.
25      Q  It would be less safe than if the operator

Page 37

1  could bring the cope back to the gas head from his
2  operating station, versus if you were to have to leave
3  that operation station and go back to the side or the
4  rear of the machine? Would you agree with that?
5      A  Yes, I would agree with that.
6      Q  Photograph R-14 shows an individual's arm
7  reaching back, and R-15 may help you, as far as the
8  location of where that photograph is taken.
9          In R-14 it shows someone's arm pointing back
10  or going back to a location. Is that approximately the
11  location of the solenoid valve that we've been
12  discussing? The hydraulic solenoid valves?
13      A  I really can't tell from this picture.
14      Q  14 should be a closeup of the area,
15  approximately right in here where you see the air wand
16  in R-15.
17      A  What I do remember is that the machine came
18  with various valves installed on the side of it, and we
19  added this one additional solenoid valve for the strip
20  cylinder, and it was added adjacent to the valves that
21  were already present.
22      Q  So --
23      A  To look at this picture right here, no, this
24  doesn't look quite like what I remember, but I could be
25  mistaken.