# EXHIBIT G



**CMI-EQUIPMENT & ENGINEERING, INC.**
533 N. Court St. • P.O. Box 647   AuGres, MI 48703

A SUBSIDIARY OF CMI INTERNATIONAL INC.

(517) 876-7161
Fax (517) 876-7162

CMI-EQUIPMENT AND ENGINEERING, INC.

INSTRUCTION MANUAL

CMI-EQUIPMENT AND ENGINEERING SERIAL 9895-3-9

2222

11.0 SAFETY PROCEDURES

11.1 Do not turn on main power until all personnel are clear of the machine.

11.2 Make sure safety bars are in position when lower strip table is up and machine is not in cycle.

11.3 Do not attempt to make adjustments or repairs while the machine is cycling.

11.4 Do not cycle the machine by manual overrides of solenoid valves, unless operation is properly supervised.

11.5 Check the machine readiness before starting up.

11.6 Do not get inside machine to make any adjustments until the manual lockout valve is locked out.