# EXHIBIT H



# ANSI Z241.1-1999
APPROVED October 18, 1999

# American National Standard

## safety requirements for sand preparation, molding and coremaking in the sand foundry industry

ANSI Z241.1-1999
APPROVED October 18, 1999

Sponsored by



AMERICAN FOUNDRYMEN'S SOCIETY, INC.
505 State Street, Des Plaines, IL 60016

**3.4.1.3 Disconnection Hazards.** Where the operation of a disconnecting means could create a hazard, a suitable warning nameplate shall be provided and located adjacent to the label identifying the disconnect.

**3.4.1.4 Motor Starting Equipment.** Motor staring equipment which can restart a motor automatically after an unplanned power interruption or power outage shall not be used, when automatic restarting can result in injury to personnel. It shall be necessary to manually restart the motor.

**3.4.2 Fluid Power Off.** Means shall be provided for isolating fluid (air, oil or other) energy sources from a machine, or group of machines, controlled as a system. These means shall have provisions for being locked in the isolating mode. Pressure build-up on the machine side port of the isolating means shall be eliminated by positive means, such as venting to atmosphere or drainage to tank.

**3.5 Electrical Equipment Grounding.** All electrical equipment, shall be grounded in accordance with the National Electrical Code.

**3.6 Fluid Exhaust (Gas or Liquid).** The employer shall be responsible for arranging conductors to direct the exhaust of fluids to a location(s) that will not create a hazardous condition.

**4. Care of Equipment**

**4.1 Responsibility**

**4.1.1 Instructions**

**4.1.1.1 Manufacturer.** It shall be the responsibility of the manufacturer to furnish operating and maintenance instructions with equipment covered by this standard. This shall include recommendations for OSHA Lockout/Tagout.

**E.4.1.1.1 Manufacturer.** Specific operating and maintenance instructions should be outlined in the operating and maintenance manuals to aid operators and maintenance personnel in the proper operation and maintenance of the equipment. Adequate instructions may consist of written, illustrated, audio, and visual recorded material. However, the employer is responsible for making sure all equipment is adequately guarded and safe for operation.

**4.1.1.2 Modification/Reconstruction.** It shall be the responsibility of any person modifying or reconstructing any piece of equipment covered by this standard to furnish operating and maintenance instructions, including updated functional engineering drawings of controls covering the modified portion of the equipment.

**E.4.1.1.2 Modification/Reconstruction.** Many modification and rebuilding efforts are so extensive that the original instructions from the manufacturer are incorrect or meaningless. Refer to Section 3 of this standard.

**4.1.1.3 Employer.** It shall be the responsibility of the employer to specify corrective maintenance procedures for the equipment covered by this standard that minimize hazards to operating and maintenance personnel.

**4.1.2 Installation.** It shall be the responsibility of the employer to provide work areas around the equipment covered by this standard to minimize hazards to operating and maintenance personnel.

SCHULDT    0000203