IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. SIMPSON, *et al.*, | : | Case No. 1:00cv00014-SJD |
| | : | (Judge Susan J. Dlott) |
| Plaintiffs, | : | |
| | : | |
| v. | : | **DEFENDANT CMI'S** |
| | : | **MOTION FOR SUMMARY** |
| | : | **JUDGMENT** |
| INTERMET CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

Defendant Hayes Lemmerz International - Equipment & Engineering, Inc., d/b/a CMI-Equipment & Engineering, Inc. ("CMI"), by counsel, moves this Court for summary judgment pursuant to FED. R. CIV. P. 56. A Memorandum in Support of this Motion is being filed simultaneously with this Motion.

Respectfully submitted,

s/Mark T. Hayden
Mark T. Hayden (0066162)
Nancy J. Bride (0068559)
GREENEBAUM DOLL & McDONALD PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 455-7600
Facsimile: (513) 455-8500

Trial Attorneys for Defendant Hayes Lemmerz
International - Equipment & Engineering, Inc.,
d/b/a/ CMI- Equipment and Engineering, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel who have participated in the system.

I hereby certify that I have mailed by regular U.S. mail, postage prepaid the foregoing to counsel whom are not participating in the CM/ECF system.

s/Mark T. Hayden<br>
Trial Attorney for Defendant Hayes Lemmerz<br>
International - Equipment & Engineering, Inc.,<br>
d/b/a/ CMI- Equipment and Engineering, Inc.

CIN:596038.1