UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. SIMPSON, ET AL. | : | |
| Plaintiffs, | : | Case No. C-1-000014 |
| v. | : | Judge Dlott |
| INTERMET CORPORATION, ET AL. | : | DECLARATION OF DOUG HOWELL |
| Defendants. | : | |

Doug Howell truthfully states the following is based on his personal knowledge and further truthfully states that he is competent to testify if called.

1. I am the Human Resources Manager at Intermet Corporation.

2. Intermet was a self-insured employer under the Ohio Workers' Compensation Act. Intermet was in full compliance with Ohio's Workers Compensation Act at the time of Carl Simpson's death.

3. Intermet's managers periodically conducted lockout and other safety audits to make sure that lockout and other safety procedures were being followed.

4. Carl D. Simpson received lockout training shortly after beginning employment. Attached as Exhibit 1, is a copy of Simpson's certification that he had received this training. This document was maintained by Intermet in the ordinary course of its business in Simpson's personnel file.

5. Simpson also received machine specific lockout training on the Sutter machine, which was part of the Dry Sand Molding Certification.

{W0167156.1}

6.  Attached as Exhibit 2 is a copy of Simpson's beneficiary designation for Intermet's Savings and Individual Retirement Plan, in which Simpson certified that he was not married. This document was maintained by Intermet in the ordinary course of its business in Simpson's personnel file.

7.  Attached as Exhibit 3 is Simpson's application for life insurance offered by Intermet, in which he lists Bonnie Reed as his friend. This document was maintained by Intermet in the ordinary course of its business in Simpson's personnel file.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2004.

_____
Doug Howell

{W0167156.1}

 

IRONTON IRON, INC.
2520 South Third Street
P.O. Box 98
Ironton, Ohio 45638-0098
(614) 532-0009
Telecopier: (614) 532-4534

I have received training in the following OSHA required topics:

Hazard Communication
Silica Dust
Lock Out
MSDS
Hearing Conservation
Electrical Safety

_Carl D. Simpson_            _3/12/93_
Name                          Date

July 16-17, 1992
Date of Training

EXHIBIT 1
PENGAD-Bayonne, N.J.



# ENROLLMENTFORM

Internet Corporation Savings and Individual
Retirement Plan for Hourly Employees
Ironton Iron, Inc.

## Employee Information

SOCIAL SECURITY NUMBER — [redacted]   DATE OF BIRTH — [redacted]   HIRE DATE — 03-11-93

LAST NAME: Simpson   FIRST NAME: Carl   M.I.: D

STREET ADDRESS: 3916 Co Rd 64 Willow Wood Ohio   APT. #:

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED

CITY: Willow Wood   STATE: OH   ZIP: 45696

## Employee Contribution (circle the desired percentage)

☒ I elect the following percentage of my pay to be designated as a **pre-tax** savings contribution to the Plan.

1%  **(2%)**  3%  4%  5%  6%  7%  8%  9%  10%  11%  12%  13%  14%  15%

*TOTAL CONTRIBUTION MAY NOT EXCEED 15% OF PRE-TAX SALARY.*

## Employee Investment Elections (must be in 5% increments)
FOR FUTURE INVESTMENTS ONLY, CURRENT BALANCES WILL NOT BE AFFECTED.

| FUND NAME | PERCENTAGE |
|---|---|
| NBD Stable Asset Income Fund | % |
| George Putnam Fund of Boston | % |
| Putnam Fund for Growth and Income | % |
| Putnam Vista Fund | 50 % |
| Putnam New Opportunities Fund | 50 % |
| Putnam International Growth Fund | % |
| TOTAL⇨ | 100% |

## Employee Signature (below by the "X")

☒ I have received the appropriate Fund Prospectus for the investment options in my plan and I hereby authorize the investment elections and reductions in my gross earnings and/or payroll deductions as noted above.

☐ I do not wish to contribute to the Plan at this time.

X  Carl D Simpson     DATE: 3/24/97

**Employer Signature**

X _____   DATE: / /

EXHIBIT 2

All enrollment forms must be returned by **Monday March 31, 1997**. Plan assets for participants whose forms are received after Monday March 31, 1997 will default to the NBD Stable Asset Income Fund.

☒ INITIAL DESIGNATION
☐ CHANGE OF DESIGNATION



# Beneficiary Designation

To Be Retained in employer's files

## PARTICIPANT INFORMATION

SOCIAL SECURITY NUMBER: [redacted]

LAST NAME: SIMPSON    FIRST NAME: CARL    M.I.: D

## STATEMENT OF SPOUSES RIGHTS

I understand that if I am married and have not designated my spouse as the primary beneficiary of the amounts due under the Plan upon my death, this form will not be valid unless my spouse has consented by signing the Spousal Consent to Alternative Beneficiary section below and by having his or her signature witnessed by a Plan representative or a notary public. I also understand that if I am not married at this time, but I later marry before receiving the full amount of my benefits, my spouse will automatically become the Primary Beneficiary of the amounts due upon my death unless he or she consents to the designation of an Alternate Beneficiary in accordance with the procedures described in this paragraph.

## DESIGNATION OF BENEFICIARY(IES)

If I die prior to or after the commencement of benefits, I designate the following to be my Primary Beneficiary(ies) to receive any amounts due or remaining under the Plan.

| NAME | RELATIONSHIP | ADDRESS | DATE OF BIRTH | SHARE OF PROCEEDS (AS %) |
|---|---|---|---|---|
| Bonnie Reed | Friend | 3996 Cord 64 Willow Wood O 45696 | [redacted] | 100% |

TOTAL 100%

If none of the Primary Beneficiaries are living on the date of my death, I hereby designate the following to be my Contingent Beneficiary(ies) to receive any amounts due or remaining under the Plan.

| NAME | RELATIONSHIP | ADDRESS | DATE OF BIRTH | SHARE OF PROCEEDS (AS %) |
|---|---|---|---|---|
| Jeremy Simpson | Son | Same | [redacted] | 100% |

TOTAL 100%

Unless otherwise provided above, payment will be made in equal shares to such of the Primary Beneficiaries who survive me, or if none, to such of the Contingent Beneficiaries who survive me. If no Beneficiary survives me, payment will be made in accordance with the terms of the Plan.

## UNMARRIED PARTICIPANT'S CERTIFICATION

☒ I have checked here if I am not married and I so certify to the Plan Administrator. I hereby agree to notify the Plan Administrator immediately, should I become married. I understand that upon my marriage before benefits begin, if I fail to complete a new Beneficiary Designation form my spouse will automatically become the Primary Beneficiary.

## PARTICIPANT SIGNATURE

I make the Designation of Beneficiary specified above and revoke any previous Designation made under the Plan. I understand that the Beneficiaries' names may be revoked at any time by filing a new Designation in writing with my Employer. I understand that this form will be used in conjunction with the Distribution Request Form which has withholding on it.

DATE: _____    SIGNATURE OF PARTICIPANT: Carl D. Simpson    SIGNATURE OF WITNESS: James B. Kelly

## SPOUSAL CONSENT TO ALTERNATIVE BENEFICIARY(IES)

I certify that I am the spouse of the employee who has made the Designation shown on this form. I have voluntarily consented to permit my spouse to name a Beneficiary *other* than myself to receive the death benefits due under the Plan.
I acknowledge that I understand that: (1) the effect of my consent will be to forfeit benefits I would otherwise be entitled to receive upon my spouse's death; (2) my spouse's Designation of an Alternative Beneficiary is not valid unless I consent to it; and (3) my consent is irrevocable unless my spouse revokes this Designation or unless provided otherwise under a qualified domestic relations order.

DATE: _____    SPOUSE'S SIGNATURE: _____    WITNESSED BY PLAN REPRESENTATIVE: _____

OR WITNESSED BY NOTARY PUBLIC: _____    SUBSCRIBED AND SWORE TO ME ON: / /    MY COMMISSION EXPIRES: / /

**IMPORTANT:** This form should be completed by all Participants in the Plan. It will govern the payment of benefits when death occurs before the distribution of the Participant's Account has commenced. In addition, this form will also govern the payment of benefits when death occurs after an installment distribution has commenced if a Participant has not completed a new Form; however, a Participant should complete a new form when this alternative form of payment is elected. This form is to be kept within the employer's files.

Received Oct-14-99 09:38am from 16063290085 → IRONTON IRON page 2
10/14/99 08:39 FAX 16063290085 BROWN RAYBURN ✉002
Case 0:99-cv-00104-WOB Document 74-2 Filed 05/03/2004 Page 6 of 6

## APPLICATION AND POLICY CHANGE
(PLEASE USE BALL POINT PEN)

**MEDICAL MUTUAL OF OHIO**

FAXED

☐ POLICY CHANGE ☒ NEW ENROLLEE ☐ COBRA APPLICATION

ENROLLEE: EMPLOYMENT STATUS: ☒ Active ☐ Retired ☐ COBRA
LEVEL OF BENEFITS:

GROUP NO.: _____  PAYROLL LOCATION: _____

EMPLOYEE CLOCK NUMBER: _____ EMPLOYEE DEPT. NO.: _____

CHANGES: ☐ Add Dependents due to:  ☐ New Name  ☐ Other _____
☐ Marriage ☐ Birth ☐ Adoption    ☐ New Address
☐ Drop Dependents Due To:         ☐ Change to Medicare Elig.   DATE OF EVENT: 04/20/98   COV. OR CHANGE EFF. DATE: 04/20/98
☐ Divorce ☐ Death ☐ Other _____  ☐ Change Coverage

**BASIC INFORMATION**
Last Name: Simpson  First Name: Carl  M. Initial: D
Street Address: 3990 CR 10?   City: Willow Wood  State: OH  Zip: 45696  Phone No: ____
Employee Date of Birth: __  Sex: ☒M ☐F  SSN: ____  Marital Status: ☐Single ☒Married ☐Widowed ☐Divorced  Date Married: __
Date of Hire-Full Time: 8/12/98  Job Title: Casting Processor
Employer Company Name: Ironton Iron

Check Coverage Desired: ☐ ____

**MEDICARE INFORMATION**
Are you covered by Medicare? ☐YES ☐NO  If YES, Medicare No. _____ Effective Date: _____ ☐ Hemodialysis
Is your spouse covered by Medicare? ☐YES ☐NO  If YES, Medicare No. _____ Effective Date: _____ ☐ Hemodialysis

**OTHER INSURANCE INFORMATION**
Do you or any of your family members have other health/dental insurance? ☐ YES ☐ NO  ☐ ACTIVE ☐ RETIRED
(This includes coverage with this, or any other Medical Mutual Plan)  Names of Insured: _____
If YES, employed by: _____
Name of other Insurance carrier: _____  Policy No. _____ ☐ Single ☐ Family
Address: _____  (check box if no prior/current coverage?) ☐ No Coverage
What date did your most recent health insurance program become effective: __/__/__
What date did/will this most recent health insurance program terminate: __/__/__

**DEPENDENT INFORMATION**
| RELATIONSHIP | BIRTHDATE MO DAY YR | SEX | LAST NAME | FIRST NAME | SOC SEC NO | OVER AGE DEPENDENT STATUS |
|---|---|---|---|---|---|---|
| Spouse | | ☐M ☐F | | | | ☐Full-Time Student ☐Disabled Medicare Elig: ☐Hemodialysis ☐Disability |
| ☒Child ☐Adopted ☐Stepchild ☐Other | | ☐M ☐F | | Jeremy | | ☐Full-Time Student ☐Disabled Medicare Elig: ☐Hemodialysis ☐Disability |
| ☒Child ☐Adopted ☐Stepchild ☐Other | | ☐M ☐F | | Angel | | ☐Full-Time Student ☐Disabled Medicare Elig: ☐Hemodialysis ☐Disability |
| ☐Child ☐Adopted ☐Stepchild ☐Other | | ☐M ☐F | | | | ☐Full-Time Student ☐Disabled Medicare Elig: ☐Hemodialysis ☐Disability |
| ☐Child ☐Adopted ☐Stepchild ☐Other | | ☐M ☐F | | | | ☐Full-Time Student ☐Disabled Medicare Elig: ☐Hemodialysis ☐Disability |
| ☐Child ☐Adopted ☐Stepchild ☐Other | | ☐M ☐F | | | | |

1. Legal Documentation (court decree, guardianship papers, etc.) must be attached to this application if relationship is marked other.

**LIFE**
GROUP NUMBER: _____ DIV.: _____ CLASS: _____ SALARY: $_____ ☐Hourly ☐Weekly ☐Monthly ☐Annually
DEPENDENT LIFE (Complete only if you have eligible dependents)  SUPPLEMENTAL LIFE  SUPP. LIFE AMOUNT $_____  MLI USE ONLY EFF. DATE __/__/__
☐YES ☐NO  NOTE: A health questionnaire may be required if you choose dependent life at a later date.  ☐YES ☐NO
Complete only if Employer offers Dependent Life Ins.  OTHER INSURANCE / AMOUNT

| BENEFICIARY LAST NAME | FIRST NAME | DATE OF BIRTH | RELATIONSHIP | BENEFIT |
|---|---|---|---|---|
| Reed | Bonnie | | Friend | 100 % |
| | | | | % |
| | | | | % |

* Unless otherwise noted, if two or more beneficiaries are named, the proceeds shall be paid in equal shares to the named beneficiaries surviving the insured.

**SIGNATURE**
I hereby apply to Medical Mutual of Ohio and Medical Life Insurance Company (MMO and MLI) for the coverage indicated above. I authorize my employer/organization to deduct from my pay and remit any required contribution for the cost of said coverage. I authorize any medical professional, hospital, clinic, or other medical or medically related facility, government agency, or other person to provide to MMO/MLI information including copies of records concerning advice, care or treatment provided to me and/or my dependents including, without limitation, information relating to mental illness or use of drugs or alcohol. I understand that the kind of coverage for which I am making application contains coordination of benefits, workers' compensation, and subrogation provisions and acknowledge MMO/MLI's right to enforce these provisions. I have read the above statements and represent that the information provided is true and complete to the best of my knowledge. I understand that the provision of any false information on this application may result in the termination of my benefits and may subject me to legal action by MMO/MLI. I understand I must notify MMO within 30 days of occurrence of any changes in status. I understand that if I am not actively at work on the date my coverage would otherwise become effective, my insurance will not begin until the day I return to work.

Applicant's Signature: _____  Date: _____

**WAIVER**
☐ I hereby waive coverage under the health insurance program  ☐ FOR MYSELF AND FAMILY MEMBERS  ☐ FOR MYSELF
☐ I hereby waive coverage under the Life insurance program   ☐ FOR FAMILY MEMBERS ONLY    ☐ FOR ONLY THE FOLLOWING: _____

I understand that if I decide to enroll or add family members at a later date, I will be required to complete a medical history questionnaire and meet certain medical underwriting requirements before coverage will be offered. I further understand that if I and/or my eligible family members are accepted for enrollment at some future date, I am subject to the pre-existing condition restrictions specified in the contract.

Signature: Carl Simpson  Date: 11-20-98

WARNING: Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. (Ohio Revised Code Section 3999.21)

Z1860 R4/97
APP 94003   DISTRIBUTION: WHITE-MMO   GREEN & CANARY-MedLife   PINK-Marketing   GOLD-Group

EXHIBIT 3