UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ORIGINAL**

CARL G. SIMPSON and BONNIE REED
SIMPSON, Co-Administrators of the
Estate of Carl G. Simpson,

    Plaintiffs,

vs.                        Case No. C-1-000014

INTERMET CORPORATION, ET AL.,

    Defendants.

---

DEPOSITION OF ANGELA COLE

---

    The deposition of Angela Cole was taken on July 15, 2003, at the approximate hour of 1:00 p.m., at 215 South Fourth Street, Ironton, Ohio.

---

ELITE COURT REPORTING
5010 Dempsey Drive
Cross Lanes, West Virginia   25313
(304) 776-0975

Susan Mougey, Court Reporter

Appearances:

    Lawrence J. Barty
    Attorney at Law
    Taft, Stettinuis & Hollister
    425 Walnut Street, Suite 1800
    Cincinnati, Ohio  45202-3957

    Randall L. Lambert
    D. Scott Bowling
    Attorneys at Law
    215 South Fourth Street
    Post Office Box 725
    Ironton, Ohio  45638

    Nancy J. Bride
    Greenebaum, Doll & McDonald
    2800 Chemed Center
    255 East Fifth Street
    Cincinnati, Ohio  45202-4728

    Caroline E. Diwik
    Attorney at Law
    Lane, Alton & Horst
    175 South Third Street
    Columbus, Ohio  43215-5100

INDEX

| WITNESS | EXAMINATION BY | PAGE NO. |
|---|---|---|
| Angela Cole | Mr. Barty | 03 |
|  | Ms. Bride | 39 |
|  | Ms. Diwik | 46 |
|  | Mr. Lambert | 48 |
|  | Mr. Barty | 63 |
|  | Mr. Lambert | 64 |

| EXHIBITS | MARKED |
|---|---|
| Cole Exhibit No. 1 | 66 |

Reporter's Certification - 68
Errata Sheet/Signature Page - Waived

```
 1   release the cope from the gas head.  But it dropped
 2   and one of the bars gave, and it landed kind of
 3   cockeyed on the drag.
 4        Q    Were they cleaning out stickers at the
 5   time?  You said a cleanout or cleanup.
 6        A    I don't remember if it was a cleanup or an
 7   install.  They may have just been putting the
 8   machine in.
 9        Q    Changing it over from the I-beams to
10   the --
11        A    To the bedplatess, yeah.
12        Q    Okay.  Was anybody injured?
13        A    No.
14        Q    When there were situations in which the
15   gas head was raised, separated from the cope in
16   order for cleaning sticker purposes, if the sticker
17   was in the back of the cope, such that it required
18   you to put your body inside the machine, did you
19   ever do that when the machine still had power to it?
20        A    No.
21        Q    Did you ever see anybody else do it when
22   the machine was powered?
23        A    No.
24        Q    So you never saw a supervisor or manager
```

```
 1   do that when the machine still had power to it?
 2       A    Not that I know of, no.
 3       Q    If the sticker in this particular
 4   circumstance couldn't be blown out or -- couldn't be
 5   blown out, and it took a hammer and chisel, or
 6   whatever it is to knock it out, was it regular
 7   practice to put locks on the machine before that
 8   took place?
 9       A    Yeah.
10       Q    And you followed that practice, and you
11   saw others follow that practice?
12       A    Well, I did because I had a newborn baby
13   at the house.  I'm not saying everybody did.
14       Q    Did you actually observe employees in that
15   circumstance I just described getting inside
16   machines without locking it out?
17       A    Yeah.  But the power was not engaged.
18       Q    The power was off --
19       A    The power was off.
20       Q    -- but the locks weren't on the switches?
21       A    Right.
22       Q    Were you in the plant on the day that Carl
23   Simpson died?
24       A    Yes, I was.
```