```
          IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF                ORIGINAL
THE ESTATE OF CARL D. SIMPSON,

               Plaintiffs,

vs.                              Case No. C-1-00014

INTERMET CORPORATION, ET AL.,

               Defendants.
```

DEPOSITION OF BONNIE REED SIMPSON

The deposition of Bonnie Reed Simpson was taken on July 14, 2003, at the approximate hour of 12:25 p.m., at 215 South Fourth Street, Ironton, Ohio.

ELITE COURT REPORTING
5010 Dempsey Drive
Cross Lanes, West Virginia  25313
(304) 776-0975

BRANDY D. MOWERY

1  license. Well, we had no marriage license. That was the
2  only thing.
3      Q.   But you talked about it. You and Mr. Simpson
4  decided not to go to the trouble of getting a marriage
5  license?
6      A.   We just didn't.
7      Q.   You're aware that Mr. Simpson did not list you as
8  a spouse on his tax returns?
9      A.   Yes, I am.
10     Q.   What was the reason for that?
11     A.   I don't know.
12     Q.   Did you ever discuss it with him?
13     A.   No.
14     Q.   He had his taxes prepared by H&R Block?
15     A.   Yes, he did.
16     Q.   Did you ever go with him to H&R Block?
17     A.   Yeah.
18     Q.   Did the question ever arise whether you should be
19  listed as a dependant?
20     A.   I think, the last year that he filed them, he did
21  claim me as a dependent. I'm not sure.
22     Q.   Do you remember any discussions that occurred in
23  your presence at H&R Block about that issue?
24     A.   Like I said, the last year, because I usually sat

Relevant Pages of Exhibit 1 #1 to Bonnie Reed's Deposition

**PROBATE COURT OF __Lawrence__ COUNTY, OHIO**

ESTATE OF __CARL DAVID SIMPSON__ _____ DECEASED

Case No. __99-AM0-15354__

# SURVIVING SPOUSE, NEXT OF KIN, LEGATEES AND DEVISEES
### [R.C. 2105.06, 2106.13, 2107.19]

[Use with those applications or filings requiring some or all of the information in this form, for notice or other purposes. Update as required.]

The following are decedent's known surviving spouse, and other known survivors who are or would be entitled to inherit under the statutes of descent and distribution.

| Name | Residence Address | Relationship to Decedent | Birth Date of Minor |
|---|---|---|---|
|  |  | Surviving Spouse |  |
| Jeremy Simpson | 3996 C.R. 64 Willowwood, OH 45696 | Son | Adult |
| Angel Marie Simpson | 3996 C.R. 64 Willowwood, OH 45696 | Daughter | 8/14/84 |

**[Check whichever of the following is applicable]**

❏ The surviving spouse is the natural or adoptive parent of at least one of the decedent's children.

❏ The surviving spouse is not the natural or adoptive parent of any of the decedent's children.

❏ There are minor children of the decedent who are not the children of the surviving spouse.

☒ There are minor children of the decedent and no surviving spouse.

FORM 1.0 - SURVIVING SPOUSE, NEXT OF KIN, LEGATEES AND DEVISEES

3/1/96

BR 0000009

Estate of Carl David Simpson

The following are the vested beneficiaries named in the decedent's will:

| Name | Residence Address | Birth Date of Minor |
|---|---|---|
| No Will | | |

**[Check whichever of the following is applicable]**

❑ The will contains a charitable trust or a bequest to a charitable trust, subject to Revised Code Sections 109.23 and 109.41.

❑ The will is not subject to Revised Code Sections 109.23 to 109.41, relating to charitable trusts.

October 29 1999
Date

Applicant (or give other title)
Bonnie Reed Simpson & Carl G. Simpson

FORM 1.0 - REVERSE

BR 0000010

FORM 605 - OHIO - QUIT CLAIMED (Standard)                    TUTBLANX REGISTERED U S PATENT OFFICE
                                                             TUTTLE LAW PRINT, PUBLISHERS, RUTLAND, VT 05702

# Know all Men by these Presents

That Clarence O. Lykins and Brenda C. Lykins, husband and wife Transfer Not Necessary,

1/6/97
Ray T. Dutey
Lawrence County Auditor

Grantor s   in consideration of the sum of

One Dollar ($1.00) and other valuable considerations
                        AKA Carl D. Simpson
to   them   paid by    Carl David Simpson, unmarried,

Grantee,   the receipt whereof is hereby acknowledged, do hereby Remise, Release and forever Quitclaim, to the said grantee

Carl David Simpson, unmarried,           his        heirs and assigns forever, the following Real Estate situated in the County of   Lawrence,

in the State of   Ohio         , and in the   Township              of

Mason                                        and bounded and described as follows:

The South half of Northeast quarter of Section 31, Township 3, Range 16, containing 84 acres, more or less, less two (2) acres sold to George R. Dement (See D.B. 71, P. 144, and D.B. 58, P. 486).
SAVING AND EXCEPTING 19.57 acres sold to Virgil Yates by deed dated March 30, 1957, as recorded in Deed Book 239, at Page 245, of the Deed Records of Lawrence County, Ohio.
ALSO SAVING AND EXCEPTING 48.66 acres sold to the Maynards in Deed Book 479, Page 252, dated July 23, 1982, Deed Records of Lawrence County, Ohio.
Leaving the balance to be conveyed 13.77 acres. The property is listed on the 1995 Auditor's Duplicate as Parcel Number 13-046-0700.
LAST SOURCE OF TITLE - Deed Book 574, Page 339, Deed Records of Lawrence County, Ohio, deed dated January 14, 1993.

TO THE RECORDER: Please cross-index this deed to the deed Inst recorded in Deed Book 574, Page 339, and Deed Book 618, Page 968046
_____, Deed Records of Lawrence County, Ohio.

...MPTION APPROVED          This Conveyance has been examined
LAWRENCE CO. ENGR.          and the Grantor has complied with
                            Section 319.202 of the Revised Code.
Date: 1-6-97                       FEE $_____
By: Cean Muemler                   EXEMPT ✓
                            RAY T. DUTEY, County Auditor

             LAWRENCE COUNTY, OHIO
             ... RECORD AT:

             97 JAN -6 PM 3: 07          970077

             deed REC 618 PAGE____  14.00
             SUE AHN DEEDS. RECORDER  4.00
                                     18.00

To Have and to Hold said premises, with all the privileges and appurtenances thereunto belonging, to the said Grantee, Carl David Simpson, unmarried,

                                                    his   heirs and assigns forever.

**In Witness Whereof,** the said Grantor s, Clarence O. Lykins and Brenda C. Lykins, husband and wife,

who hereby release their right of dower in the premises, have hereunto set their hand s , this ✓ 4 day of ~~December~~ JANUARY in the year of our Lord one thousand nine hundred and ninety-~~six~~ SEVEN (~~96~~) 1997

Signed and acknowledged in presence of

_____  ✓ Clarence O. Lykins
Witness                     Clarence O. Lykins

_____  Brenda C. Lykins
Witness                     Brenda C. Lykins

**The State of** WEST VIRGINIA, ✓ CABELL **County** SS.

**Be it Remembered** That on this ✓ 4TH 1997 day of ~~December~~ JANUARY, A.D. ~~1996~~, before me, the subscriber, a Notary Public in and for the said county, personally came the above named Clarence O. Lykins and Brenda C. Lykins, husband and wife,

the Grantor s in the foregoing Deed, and acknowledged the signing of the same to be their voluntary act and deed, for the uses and purposes therein mentioned.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
E. ALLEN SMITH
P. O. BOX 7
1168 CENTRAL AVE.
BARBOURSVILLE, WV 25504
My Commission Expires April 25, 2000

**In Testimony Whereof,** I have hereunto subscribed my name and affixed my official seal on the day and year last aforesaid.

✓ E. Allen Smith
Notary Public, State of ~~Ohio~~, My Comm. expires: ✓ April 25, 2000

(Seal)
This instrument prepared by
Kevin J. Waldo, Attorney,
413 Center Street, Ironton, OH
1/614/532-4911

**Quit Claim Deed**

I hereby certify that the within document is a true copy of the original on file in the Recorder's Office of Lawrence County Ohio.
Sue Ann Deeds, Recorder

COUNTY AUDITOR
Transferred

STATE OF OHIO
COUNTY OF _____ SS
RECEIVED FOR RECORD ON THE ___ day of ___ 19__ at ___ o'clock ___ M.
and RECORDED ___ 19__ in DEED BOOK ___ PAGE ___
COUNTY RECORDER
RECORDERS FEE $

mail
3996 C.R. 64
Willow Wood, OH 45696
2 notes

Warranty Deed

Transferred,
12\19\96

Ray T. Dutey
LAWRENCE COUNTY AUDITOR

# Know All Men by These Presents

That RUTH MAE MILLER and EUGENE MILLER, husband and wife, of Barboursville, West Virginia, in consideration of One Dollar ($1.00) and other valuable considerations to them in hand paid by CARL D. SIMPSON, single, whose address is 3996 County Road 64, Willow Wood, OH 45696, do hereby **Grant, Bargain, Sell and Convey** to the said CARL D. SIMPSON, single, his heirs and assigns forever, the following described **Real Estate,**

> Situate in the Township of Mason, County of Lawrence and State of Ohio, to wit:
>
> The South half of Northeast quarter of Section 31, Township 3, Range 16, containing 84 acres, more or less, <u>less</u> two (2) acres sold to George R. Dement (See D.B. 71, P. 144 and D.B. 58, P. 486).
>
> <u>SAVING AND EXCEPTING</u> 19.57 Acres sold to Virgil Yates by deed dated March 30, 1957, as recorded in Deed Book 239, at Page 245, of the Deed Records of Lawrence County, Ohio.
>
> For source of title reference is made to deed from Maude Saunders and Otto Saunders to Virgil Yates and Hester Yates, dated August 22, 1968, as recorded in Deed Book 341, Page 585, Deed Records of Lawrence County, Ohio.
>
> The above described premises are listed on the 1968 Auditor's Duplicate of Lawrence County, in Mason Township, as Part S. 1/2 N.E., R. 16, T. 3, S. 31 - 62.43 acres, on Page 43, Line 8 thereof. Saving and excepting from the 62.43 acrece 48.66 acres leaving a balance of 13.77 acres to be conveyed.
> PRIOR SOURCE OF TITLE: Deed Book 315, page 516, Deed Records of Lawrence County, Ohio.
>
> LAST SOURCE OF TITLE: Deed Volume 574, Page 339, Deed Records of Lawrence County, Ohio.
> PARCEL NO. 13-046-0700.

and all the **Estate, Right, Title and Interest** of the said grantors in and to said premises; **To have and to hold** the same, with all the privileges and appurtenances thereunto belonging, to said grantee, CARL D. SIMPSON, his heirs and assigns forever, and the said RUTH MAE MILLER and EUGENE MILLER, do hereby **Covenant and Warrant** that the title so conveyed is **Clear, Free and Unincumbered,** and that they will **Defend** the same against all lawful claims of all persons whomsoever.

DESCRIPTION APPROVED:

This Conveyance has been examined and the Grantor has complied with Section 319.202 of the Revised Code.

BR 0000121

Warranty Deed

**In Witness Whereof,** the said RUTH MAE MILLER and EUGENE MILLER, husband and wife, have hereunto set their hands, this 18th day of December, in the year A. D. nineteen hundred and ninety-six (1996).

Signed and acknowledged in presence of us:

_____        *Ruth Mae Miller*
                                        RUTH MAE MILLER

_____        *Eugene Miller*
                                        EUGENE MILLER

State of West Virginia, County of Cabell, ss.

On this 18th day of December, 1996, before me, a Notary in and for said County, personally came RUTH MAE MILLER and EUGENE MILLER, husband and wife, the grantors in the foregoing deed, and acknowledged the signing thereof to be their voluntary act and deed.

Witness my official signature and seal on the day last above mentioned.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
MARSHA H. SLATER
State Farm Insurance
P O. Box 299
Barboursville, WV 25504
My commission expires December 4, 2000

NOTARY

This instrument was prepared by LAMBERT & McWHORTER, Attorneys at Law.

I hereby certify that the within document is a true copy of the original on file in the Recorder's Office of Lawrence County Ohio.
Sue Ann Deeds, Recorder

LAWRENCE COUNTY, OHIO
RECORD AT:
96 DEC 19 PM 2:04
REC. 618 PAGE___
SUE ANN DEEDS, RECORDER

968046

14 DP

2