IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARL G. SIMPSON, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv00014-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| INTERMET CORPORATION, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon a filing of a dispositive motion. It is the practice of this court to require all counsel to submit a hard copy to Chambers of any dispositive motion and related pleadings thereto, including all exhibits.

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    United States District Judge