IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF          CASE NO.:  C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                          JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

_____

PLAINTIFFS' MOTION FOR LEAVE TO EXCEED 25 PAGES
FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT
INTERMET'S MOTION FOR SUMMARY JUDGMENT

Now come plaintiffs, by and through counsel, moving the Court for an Order to exceed the 25-page limit for Plaintiffs' Memorandum in Opposition to Defendant Intermet's Motion for Summary Judgment.

A Memorandum in Support of Motion is attached hereto and included by reference.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax

MEMORANDUM IN SUPPORT OF MOTION

This case involves a relevant time period, which exceeds seven (7) years.  The parties have exchanged more than

six (6) large banker boxes of discovery material and conducted more than 25 depositions in this case.

The majority of Plaintiffs' Memorandum in Opposition to Defendant Intermet's Motion for Summary Judgment consists of Statement of Facts. Plaintiffs have painstakingly attempted to distill information to a manageable level to allow the sufficient information to appropriately consider the matters before the Court.

Plaintiffs' Memorandum in Opposition consists of 30 pages, plus an extensive exhibit attachment, which is being mailed separately based on technical difficulties.

Respectfully Submitted,

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS

**Certificate of Service**

A copy of the foregoing Motion was filed on the CMECF electronic filing system, such filing providing service on this the 27th day of May, 2004.

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS