IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 MAY 28 AM 9:01

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| DEFENDANTS | |

### PLAINTIFFS' NOTICE OF FILING OF EXHIBITS

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the Exhibits to the Plaintiffs' Memorandum in Opposition to Defendant CMI's Motion for Summary Judgment filed electronically on May 27, 2004.

The Exhibits are being filed by hard copy due to technical difficulties experienced while attempting to electronically file the Exhibits.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH 45638
attys@cloh.net
740-532-4333
740-532-7341 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the 27th day of May, 2004, upon the following:

Lawrence J. Barty, Esquire
Patricia Anderson Pryor, Esquire
188 First Tower
4525 Walnut Street
Cincinnati, OH 45202-3957
Counsel for Defendant, Intermet Corporation and Ironton Iron

Mark T. Hayden, Esquire
Nancy J. Bride, Esquire
2800 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Counsel for Defendant, Hayes-Lemmerz

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS