IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 MAY 28 AM 9:01

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF
THE ESTATE OF CARL D. SIMPSON

CASE NO.: C-1-00014

    PLAINTIFFS

JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

### PLAINTIFFS' NOTICE OF FILING OF EXHIBITS

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the Exhibits to the Plaintiffs' Memorandum in Opposition to Defendant Intermet's Motion for Summary Judgment filed electronically on May 27, 2004.

The Exhibits are being filed by hard copy due to technical difficulties experienced while attempting to electronically file the Exhibits.

                          Respectfully Submitted,

                          LAMBERT, McWHORTER & BOWLING

                          D. SCOTT BOWLING (0067617)
                          ATTORNEY FOR PLAINTIFFS
                          215 SOUTH 4TH STREET
                          P. O. BOX 725
                          IRONTON, OH  45638
                          attys@cloh.net
                          740-532-4333
                          740-532-7341 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the 27th day of May, 2004, upon the following:

| | |
|---|---|
| Lawrence J. Barty, Esquire<br>Patricia Anderson Pryor, Esquire<br>188 First Tower<br>4525 Walnut Street<br>Cincinnati, OH  45202-3957<br>Counsel for Defendant, Intermet Corporation and Ironton Iron | Mark T. Hayden, Esquire<br>Nancy J. Bride, Esquire<br>2800 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH  45202<br>Counsel for Defendant, Hayes-Lemmerz |

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS