IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted*
*Susan J. Dlott*
*June 4, 2004*

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF
THE ESTATE OF CARL D. SIMPSON

CASE NO.: C-1-00014

    PLAINTIFFS

JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED 25 PAGES
FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT
INTERMET'S MOTION FOR SUMMARY JUDGMENT**

Now come plaintiffs, by and through counsel, moving the Court for an Order to exceed the 25-page limit for Plaintiffs' Memorandum in Opposition to Defendant Intermet's Motion for Summary Judgment.

A Memorandum in Support of Motion is attached hereto and included by reference.

                                                **Respectfully Submitted,**

                                                LAMBERT, McWHORTER & BOWLING

                                                /s/ D. Scott Bowling
                                                D. SCOTT BOWLING (0067617)
                                                ATTORNEY FOR PLAINTIFFS
                                                215 SOUTH 4TH STREET
                                                P. O. BOX 725
                                                IRONTON, OH  45638
                                                attys@cloh.net
                                                740-532-4333
                                                740-532-7341 fax

**MEMORANDUM IN SUPPORT OF MOTION**

This case involves a relevant time period, which exceeds seven (7) years. The parties have exchanged more than