UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON, et al,

    Plaintiffs,



VS.                    Civil Action No:  C-1-000014

INTERMET CORPORATION, et al.

    Defendants.

DEPOSITION OF PAUL KELLEY

---

The deposition of Paul Kelley was taken on July 15, 2003 at the approximate hour of 9:00 a.m., at 215 South Fourth Street, Ironton, Ohio.

---

Elite Court Reporting
5010 Dempsey Drive
Cross Lanes, West Virginia 25313
(304) 776-0975

Amanda Burgess, Court Reporter

Appearances:     Mr. Lawrence J. Barty
                 Attorney at Law
                 Taft, Stettinius & Hollister
                 425 Walnut Street, Suite 1800
                 Cincinnati, Ohio 45202-3957

                 Mr. Randall L. Lambert
                 Mr. D. Scott Bowling
                 Attorneys at Law
                 Lambert, McWhorter & Bowling
                 215 South Fourth Street
                 Post Office Box 725
                 Ironton, Ohio 45638

                 Ms. Nancy J. Bride
                 Attorney at Law
                 Greenbaum, Doll & McDonald
                 255 East Fifth Street, Suite 2800
                 Cincinnati, Ohio 45202-4728

                 Ms. Caroline E. Diwik
                 Lane, Alton & Horst
                 175 South Third Street, Suite 700
                 Columbus, Ohio 43215-5100


                            INDEX

WITNESS                  EXAMINATION              PAGE NO.

Paul Kelley              Mr. Barty                   03
                         Ms. Bride                   30
                         Ms. Diwik                   44
                         Mr. Lambert                 46
                         Mr. Barty                   65
                         Ms. Bride                   69
                         Mr. Lambert                 76
                         Mr. Barty                   77


EXHIBITS                                           MARKED

Exhibit No. 1                                        60



Reporter's Certification - 81
Errata Sheet/Signature Page - Waived

1   Q.  How long were you a laborer before you moved to
2   some other job?
3   A.  Well, I was classified as laborer all the way
4   through.
5   Q.  Were you?  At some point did you -- as a laborer,
6   were you assigned to the I-Beam division?
7   A.  Yes.  I was always in the I-Beam division?
8   Q.  When did you begin working on the Sutters as
9   either a helper or an operator?
10  A.  Let's see -- that would be -- I can't --
11  Q.  Your best testimony.
12  A.  Early '99.
13  Q.  Four or five months after you got there perhaps?
14  A.  Yes.
15  Q.  From that point on, did you work as a Sutter
16  operator/helper pretty much regularly?
17  A.  Yes.  Unless they needed me somewhere else.  I
18  was kind of like scattered around.  But most of time, I
19  was on the Sutters.
20  Q.  80 percent of the time?
21  A.  Yes.
22  Q.  Did you work generally with one particular person
23  when you were on the Sutters or one more than others?
24  A.  Depending on the shift.  If we were on second