IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL D. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF
THE ESTATE OF CARL D. SIMPSON,

    Plaintiffs,

vs.    Case No. C-1-00014

INTERMET CORPORATION, ET AL.,

    Defendants.

**ORIGINAL**

DEPOSITION OF THOMAS STAPLETON

The deposition of Thomas Stapleton, was taken on July 14, 2003, at the approximate hour of 9:30 a.m., at 215 South Fourth Street, Ironton, Ohio.

ELITE COURT REPORTING
5010 Dempsey Drive
Cross Lanes, West Virginia 25313
(304) 776-0975

BRANDY D. MOWERY

Appearances:

       Mr. Lawrence J. Barty, Esq.
       Taft, Stettinius & Hollister
       188 First Tower
       4525 Walnut Street
       Cincinnati, OH  45202

       Mr. D. Scott Bowling, Esq.
       Mr. Randall Lambert, Esq.
       Lambert, McWhorter & Bowling
       Post Office Box 725
       Ironton, OH  45638

       Ms. Caroline E. Diwit, Esq.
       Lane, Alton & Horst
       175 South Third Street
       Columbus, OH  43215

       Ms. Nancy J. Bride, Esq.
       Greenbaum, Doll & McDonald
       2800 Chemed Center
       255 East Fifth Street
       Cincinnati, OH  45202

Also present: Bonnie Reed Simpson

INDEX

| WITNESS | EXAMINATION | PAGE NO. |
|---|---|---|
| Mr. Stapleton | Mr. Barty | 03 |
| | Ms. Bride | 45 |
| | Ms. Diwit | 60 |
| | Mr. Bowling | 63 |
| | Mr. Barty | 71 |
| | Ms. Bride | 76 |
| | Mr. Bowling | 78 |

| EXHIBITS | PAGE NO. |
|---|---|
| Exhibit No. 1 | 28 |
| Exhibit No. 2 | 65 |

Reporter's Certification - 81
Errata Sheet/Signature Page - Attached

1   Q.  Did you ever receive any kind of formal
2   discipline while you were an employee for misconduct or for
3   job performance?
4   A.  No.  I got wrote up for coming in late two or
5   three times, but that's about it.
6   Q.  Once again, did any supervisor or manager of the
7   company ever tell you to remove stickers without going
8   through the lock out process?
9   A.  No, they never...
10  Q.  Did you ever have a discussion with other
11  employees about whether or not you should bother to lock
12  it?  Was that ever a topic that was discussed?
13  A.  No.
14  Q.  You said, from time to time, if you thought you
15  could reach a sticker, you'd use a long screwdriver and put
16  your hand or arm into the machine.
17  A.  Just my hand.  If it was to where my hand
18  actually had to go back in between the pattern, no, I
19  wouldn't.
20  Q.  Your judgement was that if you went in that far,
21  you could pull back if the machine started to move?
22  A.  Right.
23  Q.  Did any manager or supervisor -- are you aware
24  that they observed you doing that?

```
 1  accident?
 2      A.   Paul Kelly.
 3      Q.   Did Mr. Kelly work with you often as a helper?
 4      A.   Yes.  He was my regular helper.  As a matter of
 5  fact, he's my brother-in-law.
 6      Q.   Your recently acquired brother-in-law?
 7      A.   No.  He's been married...
 8      Q.   Were you observing Mr. Simpson at the moment the
 9  accident occurred?
10      A.   I had my back turned at the time.
11      Q.   Tell me, if you can, what Mr. Simpson was doing
12  the last time you observed him, prior to the accident.
13      A.   He was leaning back in the machine, knocking the
14  sticker out.
15      Q.   Where was Mr. Brammer at that time?  Did you
16  notice?
17      A.   He was standing out by the control panel.
18      Q.   I gather you turned your back to your control
19  panel?
20      A.   Yeah.  I turned my back -- like this machine,
21  B-1, it also had a glue press.  All right.  I turned my
22  back to put my mold in the glue press.  Paul Kelly, my
23  helper, his back was turned also.
24      Q.   You were both working on your glue press?
```