IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS
OF THE ESTATE OF CARL D. SIMPSON,

     Plaintiffs,

vs.                  Case No. C-1-00-0014

INTERMET CORPORATION, ET AL.,

     Defendants.

**COPY**

DEPOSITION OF GERALD WILBURN

The deposition of Gerald Wilburn was taken on November 8, 2001, at the approximate hour of 10:10 a.m., at 215 South Fourth Street, Ironton, Ohio.

ELITE COURT REPORTING
13 Carriage Way
Hurricane, West Virginia  25526
(304) 757-1122

BRANDY D. FRAZIER

Appearances:

    Randall L. Lambert
    D. Scott Bowling
    Attorneys at Law
    Lambert, McWhorter & Bowling
    Post Office Box 725
    Ironton, OH   45638

    Patricia Anderson Pryor
    Attorney at Law
    Taft, Stettinius & Hollister
    425 Walnut Street
    Cincinnati, OH   45202-3957

    Nancy J. Bride
    Attorney at Law
    Greenebaum, Doll & McDonald
    255 East Fifth Street
    Cincinnati, OH   45202-4728

    Robert A. Flaugher
    Attorney at Law
    Lane, Alton & Horst
    175 South Third Street
    Columbus, OH   43215-5100

INDEX

| WITNESS | EXAMINATION | PAGE NO. |
|---|---|---|
| Gerald Wilburn | Mr. Lambert | 03 |
| | Ms. Pryor | 45 |
| | Ms. Bride | 71 |
| | Mr. Flaugher | 81 |
| | Mr. Lambert | 94 |
| | Ms. Pryor | 102 |

| EXHIBITS | | PAGE NO. |
|---|---|---|
| None | | |

Reporter's Certification - 107
Errata Sheet/Signature Page - Waived

Page 27

1  Q. Had pressure?
2  A. Whether they were wrong or right -- I mean, they
3  had to be wrong because, you know, you've got a one-way
4  valve. If you can probe it and it still runs, something is
5  wrong.
6  Q. Did you ever talk with or report that to any
7  supervisor above you or anyone else in the plant about that
8  being a problem?
9  A. Yes.
10 Q. Who did you talk to about that or report that to?
11 A. Lee Cherry. That was that way when I went there.
12 Q. Okay. When you first realized that, you saw that
13 that was a safety problem?
14 A. Yes.
15 Q. What was the response you got from Mr. Cherry?
16 A. I was in maintenance at the time. We've changed
17 every valve on those machines, trying to solve that problem
18 and never solved it.
19 Q. Did anyone ever bring in an engineer from the
20 company to look at trying to solve that problem?
21 A. Yes, a Sutter engineer came in. I don't know his
22 name. I don't know if he was a Sutter or a valve -- we
23 worked on those valves and it never solved it.
24 Q. Once the working on the valves didn't solve it,

Page 28

1  what else, if anything, when you was in maintenance, did
2  you do to try to make the Sutter machine safer?
3  A. Nothing.
4  Q. Were you aware of any attempts to put light
5  curtains on the machines for safety purposes?
6  A. I wasn't aware of them. I know they were taken
7  off. It had them on it, but they were disconnected.
8  Q. Did you see them on there before they were
9  disconnected, or is it something you were told?
10 A. I saw them on there.
11 Q. Did you ever see them in operation?
12 A. No.
13 Q. Were you aware that they attempted to try to make
14 those work either while you were there or before you came?
15 A. No.
16 Q. You just know that the light curtains were on
17 even though they weren't used, and then they were later
18 taken off?
19 A. Yes.
20 Q. Did anyone tell you why they were taken off or
21 why they weren't being used?
22 A. Yes.
23 Q. What were you told?
24 A. When you're standing here on this table and those

Page 29

1  light curtains are right here in the front of that, you've
2  got a very tight workspace there. When your lift table
3  would go in and pick that up and you'd reach out to flip
4  that mold, your machine was already going to cycle again.
5  Well, every time your elbow would reach to flip that mold,
6  you'd break that light curtain. The machine would shut
7  down.
8  Q. Did you ever see that happen, or was you told
9  that was the problem?
10 A. I was told that was the reason. I mean, you
11 know, it was real tight there. You could go over and see
12 where you'd break the light curtains.
13 Q. Are you aware of any other safety other than the
14 bars that were put on -- well, let me talk about the bars.
15 The bars were put on the machine to hold the gashead up and
16 keep it from dropping, correct?
17 A. Correct.
18 Q. They would not keep the cope from coming up?
19 A. No.
20 Q. Are you aware of any other safety devices
21 installed on the Sutter while you were there in any
22 position other than the bars to keep the gashead from
23 dropping or the light curtain that was on the machine and
24 removed?

Page 30

1  A. No.
2  Q. No gates were ever installed on the machine while
3  you were there or attempted to be installed on the machine
4  while you were there, were they?
5  A. No.
6  Q. Other than Lee Cherry, did you have any
7  discussions with any other management people about the
8  problems with the machine being --
9  A. Yes.
10 Q. You could reenergize it or it would work even
11 though it was locked out?
12 A. Yes.
13 Q. Who else?
14 A. Danny Mullins.
15 Q. What was his position?
16 A. Toward the end, he was the superintendent of
17 maintenance. He was just actually a supervisor that was a
18 good hydraulic man.
19 Q. Anyone else other than him?
20 A. Les Crumb.
21 Q. What was his position?
22 A. He was a superintendent at one time. Then he
23 went to a regular foreman. Everybody in maintenance, as
24 far as supervisors go, we've talked about that in the



Page 35

1 need to have them there with it.
2  Q. It would be hard to see -- if the operator went
3 around to push the manual override button, he would have a
4 hard time seeing where the helper was at?
5  A. Yes.
6  Q. Even if the helper was in the machine removing a
7 sticker, he would have a hard time knowing that?
8  A. Yes, especially if he was on the backside of the
9 machine. You couldn't see him.
10  Q. The backside being where the manual override
11 button is?
12  A. Yes, in the back.
13  Q. Was there ever any discussion about moving that
14 manual override button around to the operator's side so you
15 could see your helper when you was energizing that?
16  A. Not that I'm aware of.
17  Q. No safety person ever made a recommendation of
18 that to help improve safety?
19  A. No.
20  Q. Was there any operational reason that that manual
21 override button had to be on the opposite side?
22  A. No.
23  Q. It could have been moved over where the operator
24 could still see the helper when he energized that?

Page 36

1  A. Yes.
2  Q. Did you become aware of any injuries on the
3 Sutter machine because of the pinch points or near injuries
4 while you were employed there?
5  A. Yes.
6  Q. Tell us about the injuries or near injuries that
7 were caused by -- because of the pinch points on the Sutter
8 machine.
9  A. When you're cleaning those stickers out, you have
10 to split that. I've had my hands in there and people hit
11 the valve before. And if it wasn't for the hammer that
12 I've had in there, I would have lost my fingers several
13 times.
14  Q. So the hammer was thick enough that it held them
15 apart enough to keep from crushing your hand?
16  A. Yes. That's happened many times in there.
17  Q. If another part of your body had been in there
18 that was bigger than the hammer, then you would have been
19 smashed?
20  A. Yes.
21  Q. So those are what we would call near injuries?
22  A. Yes.
23  Q. Were you aware of the injury to Grady Runyon,
24 whether you seen it or not?

Page 37

1  A. I knew about it. You know, I heard that he got
2 his fingers caught.
3  Q. Were you aware of any other injuries on -- let me
4 ask you this. Were you aware of the Ainsworth/Noble
5 incident? Had you ever heard of that where there was
6 almost an injury?
7  A. No, I haven't heard of that.
8  Q. Did you ever receive any complaints from
9 employees about one of the employees energizing the machine
10 before they were out of the machine or while their hand was
11 in the machine? Other than your own instances, did you
12 receive complaints from other employees about that
13 happening at times?
14  A. No, not that I'm aware of.
15  Q. Did you become aware of it happening even though
16 it wasn't a complaint, these near injuries like you almost
17 had, from other employees?
18  A. Yes.
19  Q. Did you ever report any of that to your
20 supervisor?
21  A. Yes.
22  Q. Was there anything done?
23  A. No.
24  Q. No investigation?

Page 38

1  A. No.
2  Q. No attempts made to make the machine safer?
3  A. No.
4  Q. Did you ever work in the core room or around the
5 core machines?
6  A. I think I worked down there twice, two shifts
7 down there.
8  Q. You're familiar, then, at least generally, with
9 the core machines and how they work?
10  A. Yes.
11  Q. Would you say they have similar pinch points as
12 the Sutter but just not as big of an opening or as big of a
13 machine?
14  A. Yes.
15  Q. Are you aware of there being injuries in the core
16 room on the core machines from the similar pinch points?
17  A. I had heard somebody got smashed. I can't
18 remember if it was their hand or arm or something that got
19 caught. Now, whether it was true, I don't know. I mean, I
20 heard that they had. We never had a meeting on it or
21 nothing, if they did.
22  Q. You were not there when Carl Simpson was injured?
23  A. No.
24  Q. You were already gone?

Page 43

1  Maybe they didn't use that. What were you told by
2  supervisors on keeping the machines going?
3      A. Basically, what you said, patch it and keep going
4  until we can -- until we can work on it, until Christmas
5  shutdown or Thanksgiving or something.
6      Q. At Christmas shutdown or Thanksgiving, what type
7  of maintenance would you do on the machines? Were you
8  allowed to replace as many parts with newer parts as
9  needed?
10     A. Whatever we could get in, we would replace. If
11 we couldn't get it in, the old one was installed. And when
12 the new would come, we'd change it out.
13     Q. At any time, say, in '99, was there ever any
14 problems being allowed to order parts or getting new parts
15 in?
16     A. Not that I'm aware of it.
17     Q. Were you ever aware of any cutbacks on the
18 maintenance or the repair of machines in '99?
19     A. Not that I'm aware of.
20     Q. Were you aware of any problems along the front of
21 the machine - when I say "the front," I'm talking about
22 where the operator and helper were - regarding footing or
23 there being a hole where they could get their foot caught?
24     A. Yes.

Page 44

1      Q. Tell us about that.
2      A. Right in front of the drag, where the drag is
3  back, when your strip table would go in, that cylinder down
4  there had guards on it. Right in front of that, you could
5  step and your leg would fall down in front of the machine.
6  They had photo eyes down there. That would have to come
7  back and meet the photo eye before the machine would
8  actually go to its next cycle. So, yeah, you could get
9  your leg down in that, easily.
10     Q. If your leg went down in that opening, would you,
11 in effect, fall or stumble -- or could you fall or stumble?
12     A. Yeah.
13     Q. Could you fall into the Sutter machine at that
14 point, in against it, at least?
15     A. Actually, if you fell in that hole, your leg --
16 if your leg would go in that hole, that machine, when it
17 came back, would pinch you, bad.
18     Q. Pinch you?
19     A. Yeah, if not crush you.
20     Q. While you were there, was there ever anything
21 done to correct that problem with that hole or cover that
22 to keep employees out of it?
23     A. No.
24     Q. Are you aware of any employees stumbling or

Page 45

1  falling or getting their foot, at least in that hole,
2  partially, causing them problems?
3      A. Yes.
4      Q. No one was seriously hurt because of that, that
5  you're aware of?
6      A. No.
7          MR. LAMBERT: I don't think I have any
8  other questions at this time, Mr. Wilburn. The other
9  attorneys may have some questions. And then I may have a
10 few follow-ups at that point.
11         EXAMINATION
12 BY MS. PRYOR:
13     Q. Mr. Wilburn, my name is Patty Pryor. I represent
14 Intermet in this action. I'm going to ask you a couple of
15 follow-up questions. Some might retouch on things that
16 have already been asked, but either I need clarification or
17 I didn't jot it down quick enough, or whatever.
18         Let me first ask you, were you union at Intermet?
19     A. No.
20     Q. You were one step above union, first line
21 supervisor?
22     A. Yes.
23     Q. How were the union employees at Intermet?
24     A. As far as...

Page 46

1      Q. Was the union strong? Was it a strong union,
2  would you say?
3      A. Yes.
4      Q. We've had some testimony from other people, some
5  union employees and some supervisors, talk about the union
6  employees. They were union and they -- you know, they'd
7  work a little slower. They'd take their breaks. They
8  weren't going to be rushed because they had a good union
9  contract behind them. Would that be a fair statement?
10     A. Somewhat, yes.
11     Q. You said you were a supervisor. Did you have the
12 power to hire employees?
13     A. No.
14     Q. Could you fire employees?
15     A. No.
16     Q. Could you discipline them?
17     A. Yes.
18     Q. What disciplinary action could you take by
19 yourself?
20     A. We just had to write them up as far as if they
21 were doing something wrong. Extended breaks, we'd write
22 down taking extended breaks and turn it in down front to
23 our main guy.
24     Q. Who was the main guy that you turned it in to?

Page 47

1    A. I wish I knew that guy's name.
2    Q. It was the same guy that came with Scott Bleeks?
3    A. Yes.
4    Q. Was he in human resources or was he a -- do you
5    know what his title would have been?
6    A. Bleeks was the president, or whatever -- manager,
7    the plant manager. He was the vice -- whatever -- his
8    helper.
9    Q. Second in command?
10   A. Yeah.
11   Q. Now, you say you could write them up. Would that
12   cause them any -- I mean, would that -- would they be
13   suspended? Would they get pay docked? What happened if
14   you wrote someone up, if anything?
15   A. A smack on the hand.
16   Q. Were they talked to?
17   A. Somewhat, I mean, depending on their situation
18   and what they actually done. If they were taking extended
19   breaks, no. They would just tell them to get back on time.
20   Q. Who would tell them to get back on time?
21   A. Us, the supervisors, or people down front.
22   Q. I mean, would you be the one that would tell
23   them, that would smack them on the hand, or would you be
24   telling someone else?

Page 48

1    A. Yeah. I've went and ran them out of the
2    cafeteria before and tell them it was time to get back to
3    work and stuff like that.
4    Q. But then you would write them up and send that on
5    to somebody else who was higher up?
6    A. Most of the time, we didn't even write them up.
7    We were all friends, and we just didn't do it.
8    Q. Could you suspend somebody?
9    A. No.
10   Q. Could somebody else suspend them? I mean, could
11   you recommend suspension?
12   A. I could recommend it.
13   Q. Did that mean it would be followed?
14   A. No.
15   Q. If you recommended an action, it didn't
16   necessarily happen at all?
17   A. No.
18   Q. Were you told by any supervisor at Ironton not to
19   lock out a machine?
20   A. No.
21   Q. You testified about corporate, when corporate
22   came in. Who is corporate?
23   A. I guess the people that were over other plants.
24   I mean, your main guy that's over Intermet.

Page 49

1    Q. It wouldn't have been anyone that worked at --
2    A. No.
3    Q. -- Ironton?
4    A. No. These were people from out of town.
5    Q. Scott Bleeks wouldn't be considered corporate?
6    A. No.
7    Q. I think you also testified that corporate were
8    white hats.
9    A. Yes.
10   Q. Would anyone else be a white hat? Would Scott
11   Bleeks be a white hat?
12   A. Yes. Everybody that was a boss, we considered a
13   white hat. I mean, you had your corporate guys and your
14   managers and superintendents and all that.
15   Q. Were you a white hat?
16   A. Yes.
17   Q. Did employees lock out when white hats were
18   around?
19   A. Not all the time.
20   Q. But when corporate was around, you did?
21   A. Yes.
22   Q. You testified that after about 10 to 11 months as
23   a maintenance supervisor, you became a line supervisor.
24   A. Yes.

Page 50

1    Q. You oversaw both the pouring ramp and the Sutter
2    machines?
3    A. Yes.
4    Q. What do you do as a supervisor? Do you just help
5    people out? Do you answer their immediate questions? What
6    is your exact duties?
7    A. As a supervisor, we were to oversee the pouring
8    ramp, Sutter machines, or whatever position you were over.
9    You'd get them gloves, or if they needed anything, we'd go
10   get it for them. Any problems that would come up, we'd
11   take care of it.
12   Q. What kind of problems might come up that you'd
13   take care of?
14   A. The machines breaking down, mainly. The guys
15   that done their job, they did good at it. But if a machine
16   would break down, we'd radio for help. If we had any major
17   problems, we'd get the right people in there to take care
18   of the problem.
19   Q. Did you ever run a Sutter machine yourself?
20   A. Yes.
21   Q. That was as you were a line supervisor that you
22   ran it?
23   A. Yes.
24   Q. Would you climb into a machine and clean Sutter

Page 55

1    A. Towards you.
2    Q. -- it was a smaller hole --
3    A. Correct.
4    Q. -- and maybe you could get your foot caught and
5    stumble, but it's unlikely you're going to fall anywhere?
6    A. Right.
7    Q. You said the area manager was over you. Who was
8    the area manager. Was that Scott Miller?
9    A. Yes.
10   Q. Then, after he went away, you said Roger Ramey
11   kind of --
12   A. Yes and no. He attended all the morning
13   meetings, took all the information down. He would come
14   back and he'd help us on the pouring ramp or whatever we
15   needed help on. I mean, he was the one that answered to
16   Scott Bleeks for the I-beam line at that time.
17   Q. Do you know what his job title was at the time?
18   A. Superintendent/foreman, I guess.
19   Q. Is there a difference between a superintendent
20   and an area manager?
21   A. Not in my book, there's not.
22   Q. Were you a superintendent or were you just a
23   supervisor?
24   A. I was just a supervisor.

Page 56

1    Q. So superintendent would be above you. An area
2    manager would be above you?
3    A. Yes.
4    Q. They are roughly equivalent, in your mind?
5    A. Yes.
6    Q. You testified about when you were laid off. You
7    had given a statement on what happened in the control room,
8    and then you were laid off two days later.
9    A. Yes.
10   Q. What happened in the control room? Maybe I
11   missed it.
12   A. I never said what actually happened in the
13   control room. The guy's name -- I can't remember the
14   supervisor's name. He was a rough guy. I mean, he was
15   kind of an abusive guy, flat out. My brother-in-law had
16   walked in the control room. There was two or three guys in
17   there. He had walked in. And when he walked in, he
18   grabbed a hold of him and threw him up against the wall.
19   Q. Your brother-in-law grabbed a hold of --
20   A. No. The supervisor grabbed a hold of him and
21   threw him up against the chalkboard there. When I wrote my
22   statement on what had happened and what I had saw in the
23   control room, that's when I lost my job.
24   Q. Were you present in the control room?

Page 57

1    A. I was standing outside the window.
2    Q. The control room has windows all around?
3    A. On two sides of it.
4    Q. You said that as a line supervisor, you would
5    play safety tapes for employees once a month.
6    A. Yes.
7    Q. Did you testify that some of those were lockout
8    tapes?
9    A. Yes.
10   Q. Did any employees ever ask you questions about
11   locking out?
12   A. Yes. They wanted to know where their locks were
13   and different ways to do that. Each one of them had their
14   -- like, they had three locks that they were issued.
15   Q. So the employees under you, they knew how to do
16   it, how to lock out the Sutter machine?
17   A. Yes.
18   Q. I'm assuming they were told by you or they
19   learned on the job from someone else?
20   A. Yeah.
21   Q. You never had an employee say I don't know how to
22   lock out a machine?
23   A. I had some, but they were the people that were
24   just brought into the plant.

Page 58

1    Q. And you would tell them how to lock it out?
2    A. We'd show them or the people that were working
3    with them would show them.
4    Q. Would you tell them when they were initially
5    brought that you're supposed to lock out?
6    A. I didn't do that part of that. That was through
7    Bill Purdue and the people that did the orientations.
8    Q. Do you know if they told them that they should?
9    A. I'm not aware if they did or didn't.
10   Q. Okay. You testified that Bill Purdue brought up,
11   at one time, that you guys needed to enforce the lockout
12   program, make sure employees were locking out.
13   A. Yes.
14   Q. Then you testified that when Scott Bleeks came
15   in, people -- was it Scott Bleeks who said you're taking
16   too much time, or was it the other guy whose name that you
17   don't remember?
18   A. That other guy.
19   Q. What exactly did he tell you?
20   A. He just would say that we were losing too much
21   production time because it's taking too long to clean out
22   these stickers in there.
23   Q. Did he say it was taking too much time because
24   you're locking out, or did he just say it was taking too

Page 59

1  much time?
2  A. He asked if we had to lock all of that out on
3  that machine.
4  Q. What did you say?
5  A. Yes.
6  Q. Did he say, no, you don't?
7  A. He just said "There's got to be a quicker way to
8  do it. You don't have to do all that to clean a sticker
9  out of the machine."
10  Q. Did he ever tell you to do it a quicker way?
11  A. No.
12  Q. So he was just kind of questioning whether there
13  was a quicker way to do it?
14  A. Correct.
15  Q. He said this to you, personally? This was a
16  conversation you and he had?
17  A. Yes. There were employees around, too.
18  Q. Do you remember who else might have been around
19  at the time?
20  A. No.
21  Q. Was he complaining that the employees were just
22  kind of doing the job slowly?
23  A. On the Sutter machines, if they were running
24  right, you couldn't do them slowly because they were a

Page 60

1  timed cycle. In the mornings, the maintenance supervisor
2  would go around and check everybody's time. That's what
3  that machine cycled at. If you set it on 60 seconds, if
4  you set it on 48, or whatever you wanted to set that
5  machine on, that's how quick that machine would cycle. So
6  as long as that machine was running and didn't have any
7  sticker or you didn't run into any problems, that machine
8  would run, and that's what we kept them set at.
9  Q. Did the second in command guy complain, though,
10  that when a sticker actually occurred, the employees were
11  -- they were going about cleaning it out slowly?
12  A. He just said it was taking too long, losing too
13  much downtime over it.
14  Q. Did you ever lock out the machine?
15  A. Yes.
16  Q. Would you generally lock it out, or would you
17  just --
18  A. Not every time, no.
19  Q. Did you, more often than not, lock it out?
20  A. Probably 50/50.
21  Q. What determined whether you would lock it out or
22  not?
23  A. It depends on how big of a hurry we was in and
24  who all was around. If we were down on numbers, then, most

Page 61

1  of the time, I wouldn't lock it out. I just wouldn't lock
2  it out, try to hurry up and get it back up and running.
3  Q. Were the union employees concerned about the
4  numbers?
5  A. Yes and no. I mean, they wanted to get the
6  correct amount of parts out so we'd still have a job, but
7  as far as their safety issue, I don't think that they were
8  too concerned about it. I mean, if they wanted to clean --
9  if they were cleaning it out, most of the time, 50/50 of
10  them would do it the correct way.
11  Q. Did you ever hear anyone tell an employee, don't
12  lock that machine out?
13  A. No.
14  Q. You testified about light curtains that you had
15  seen on the machine.
16  A. Yes.
17  Q. Do you know when they were put on?
18  A. Yes.
19  Q. You just saw them on the machine, you didn't --
20  A. I saw them. When I came into the maintenance
21  supervisor position there, they had never worked the whole
22  time that I was there.
23  Q. You testified that it was a dangerous task to
24  remove stickers. Why was it dangerous?

Page 62

1  A. Because you're in between a lot of tonnage of
2  steel there. Anytime you get in between -- I mean, the
3  drag would come up or whatever -- drawing back up in
4  between two pieces of steel is dangerous.
5  Q. Now, you testified about guarding you had at
6  Toyota.
7  A. Yes.
8  Q. Was there any way guarding could protect you when
9  you had to climb into the machine?
10  A. As far as cleaning out a sticker, guarding
11  couldn't have done a thing for you.
12  Q. What about light curtains?
13  A. Light curtains, no.
14  Q. Again, you have to climb in the machine. It's
15  not something --
16  A. Right.
17  Q. You also testified that certain employees
18  complained about it being dangerous, working on the
19  Sutters. Who were those employees?
20  A. I've been through a lot of them there because
21  everybody has jumped around from job to job. I couldn't
22  tell you. I've forgotten half of them.
23  Q. Was Jamie Brammer a good employee?
24  A. Yes.

Page 63

1  Q. Was Carl Simpson?
2  A. Yes.
3  Q. They knew their job, knew how to run a Sutter?
4  A. Yes.
5  Q. Cleaned out stickers hundreds of times, probably?
6  A. Yes, thousands.
7  Q. Never had an injury with either one of them
8  before?
9  A. Not that I'm aware of, no.
10 Q. Now, you testified that you had put your hands in
11 the Sutter before and someone had gone around back and
12 pressed the button. You said the hammer kept your hand
13 from getting squashed?
14 A. Yes, in between the cope and the drag. If you
15 take and bounce this up and down, your strip pins inside of
16 that would sometimes break that sand loose. You'd have
17 your hand back in up there trying to help get it and
18 knocking it out. If you lay the strip table up into the
19 cope, those strip pins would come up. Sometimes, you had a
20 tight area in there and you'd have your hand back in there
21 with a chisel and hammer, and somebody would hit that
22 button. If that hammer wasn't laying there, it would smash
23 you.
24 Q. The machine was shut down when you had your hand

Page 64

1  in?
2  A. Yes.
3  Q. Was it locked out?
4  A. The valves were shut off. Whether the locks were
5  put on there, I don't know. But I've seen it done before
6  with the locks on it.
7  Q. You have seen it done before?
8  A. Yes.
9  Q. Why did that person press the valve? Do you
10 know?
11 A. I have no idea, unless they thought I was done or
12 going around there to get to it and thought I was done or
13 something. I couldn't tell you why the valve was pressed.
14 Q. And the hammer prevented it from squashing your
15 hand?
16 A. Yes.
17 Q. The machine is not strong enough that it would
18 break the hammer itself?
19 A. Not solid steel.
20 Q. Oh, it's solid steel.
21 A. A solid steel, four-pound sledge hammer. I mean,
22 you've got -- I think that was 3,000 pounds of pressure,
23 something like that. But a solid steel hammer, you
24 won't --

Page 65

1  Q. So we're not talking about the hammer I have in
2  my kitchen drawer?
3  A. I doubt it. It's a little bit heavier.
4  Q. You testified that you had seen your supervisors
5  above you around a machine that wasn't locked out when
6  people were cleaning it out.
7  A. Yes.
8  Q. Who were those supervisors?
9  A. Scott Miller, Pat -- I can't remember Pat's last
10 name, Roger Ramey.
11 Q. How do you know that they saw the machine was not
12 locked out?
13 A. We sat there and talked about it. I mean, not
14 talked about the machine being locked out, but sat there
15 and watched them clean it, I mean, right there where it was
16 supposed to be locked and there were no locks on it.
17 Q. Okay. Do you know for a fact they actually
18 looked up and saw that there were no locks on it?
19 A. Yeah, I know for a fact. Every supervisor knew
20 it, that the machines weren't locked out.
21 Q. You testified that you reported to the supervisor
22 about near misses of the machine. Did you report the fact
23 that you'd almost gotten your hand smashed?
24 A. No. It got around. I mean, people started

Page 66

1  talking about it but, I mean, I didn't report it to
2  anybody.
3  Q. Do you know for a fact that another supervisor
4  knew about it?
5  A. Yeah. Roger Ramey knew about it.
6  Q. Other than Roger Ramey, do you know of anyone
7  else that knew about it?
8  A. Not that I'm aware of.
9  Q. How do you know that Roger Ramey knew about it.
10 A. Because I told him. Me and Roger is big buddies.
11 I don't even think -- I think that was before Scott Miller
12 even left. That was when I'd went there.
13 Q. How many times did you almost get your hand
14 smashed?
15 A. Just that once.
16 Q. Just that one time?
17 A. Yeah.
18 Q. You testified, I think, that you were aware of
19 other near misses. What other near misses were you aware
20 of?
21 A. The same thing. People have had their fingers
22 before. Their shirt sleeves get caught in it.
23 Q. Was this during normal cycle, or was it while
24 they were cleaning it out?

Page 67

1   A. Cleaning it out, mostly.
2   Q. They were still cleaning it out and someone went
3   around and pushed the button, or they had gotten out and
4   someone went around and pushed the button?
5   A. You get out. Back there on the table, you would
6   stand back there and watch and see if the pins are going up
7   and down and if you'd have to have somebody over there
8   probing the button to try to get all the stickers out and
9   have a shirt sleeve or something too close because you'd
10  have to get down real close to it to look.
11  Q. So it wasn't that they were in cleaning it out,
12  they were out pressing the button and they were just close
13  to the machine.
14  A. Yeah, real close. I mean, you had to get down
15  where you could get the light to it.
16  Q. Is that what you were doing when you cut your
17  hand?
18  A. No.
19  Q. You were still cleaning?
20  A. Yeah.
21  Q. Are you aware of anyone else that was still
22  cleaning and almost got part of their body --
23  A. Not that I'm aware of.
24  Q. You don't know why that person went around and

Page 68

1   pressed that button?
2   A. No.
3   Q. The machine was not locked out?
4   A. No. I've probably locked that machine out three
5   or four times the whole two years, or whatever, that I was
6   there.
7   Q. You testified that even if the machine was locked
8   out, you could go press that button.
9   A. Yeah.
10  Q. How do you know that?
11  A. I've done it.
12  Q. You've locked out the machine and gone --
13  A. You don't have to lock out that machine. You
14  turn the valves off and pull the control panel, or
15  whatever, and the machine is dead until you push that
16  button. That machine wouldn't move. I mean, whether you
17  had a lock on it or not, if you turn the valve off and you
18  can still push the buttons, the lock going through that
19  hole isn't going to do you no good. It's just that the
20  valve is off.
21  Q. So when you say employees did not lock out, did
22  they turn the valves off?
23  A. Yes.
24  Q. So they would turn the valves off, they just

Page 69

1   might not put a lock on it.
2   A. Just might not put their lock on it, or their
3   tag. Yeah, I mean --
4   Q. They would definitely turn off the --
5   A. Turn all the valves off, yeah.
6   Q. They just didn't actually put their lock inside
7   the --
8   A. Correct.
9   Q. That was always done?
10  A. Yeah, that was one of the things, 95 percent of
11  the time, that was done. Sometimes, you'd crack the valve
12  a little bit and probe it to get it to move slowly to try
13  to get the stickers out of it, but --
14  Q. But you would always --
15  A. Yeah, the valves were always shut off.
16  Q. You said that you've seen it or you've done it
17  yourself where you've gone around -- you've had the valves
18  shut off, maybe not locked out, but shut off, pressed that
19  button and it still --
20  A. Yes.
21  Q. It would just move whatever part you're moving?
22  I mean, it won't recycle, it will just -- if you press the
23  gashead valve, the gashead will move?
24  A. Right.

Page 70

1   Q. You talked about this with Lee Cherry?
2   A. All the maintenance supervisors knew it.
3   Everybody in that plant knew it because they'd do it. I
4   mean, everybody in the plant has done it. Everybody that
5   worked on that Sutter machine has moved the cope or the
6   drag, whatever, with a valve shut off, working on them.
7   Q. Why would you do that?
8   A. Just to have -- you're cleaning out the stickers
9   and just probe it to move it, to raise it -- to split the
10  cope and the drag.
11  Q. That would be with all the valves shut off?
12  A. Yeah.
13  Q. You testified that you tried to find a way that
14  that wouldn't happen, tried to change --
15  A. We worked on A-1, I think, is the valve they
16  worked on, trying to figure out the problem.
17  Q. Did the A-1, A-2, B-1, and B-2 have the same
18  problem?.
19  A. Yes.
20  Q. You weren't able to figure out a way to --
21  A. That guy couldn't, and I'm not much on valves. I
22  mean, everything else, I can help out on, but I'm not that
23  good of a valve guy.
24  Q. Do you know why it would --



Page 91

1  Q. Have you ever been in the military?
2  A. No.
3  Q. You indicated in your testimony -- I've got this
4  written down in quotes, "Knocking out a sticker, guarding
5  could not have done a thing." Did I hear you correct?
6  A. Correct.
7  Q. Is that because you have to get into the machine
8  to fix a sticker?
9  A. Yes.
10  Q. So guarding cannot prevent someone from getting
11  in a machine that's trying to get in the machine, correct?
12  A. Yes.
13  Q. Guarding would be there to be used for someone
14  that may accidentally place themselves in a pinch point; is
15  that correct?
16  A. Yes.
17  Q. Do you know of any items that were on this
18  particular machine after you got to Intermet that were
19  retrofit or that were put on after the machine may have
20  been originally manufactured?
21  A. Just the safety bars that we'd came up with -- or
22  that they came up with. I don't know.
23  Q. Is that the one to keep the gashead up?
24  A. Yes.

Page 92

1  Q. Was that put on in response to an accident where
2  a bolt or something sheared off and the gashead dropped?
3  A. Yes.
4  Q. Sir, do you believe that Intermet employees have
5  a general responsibility to act and perform their duties in
6  a safe manner?
7  A. Yes.
8  Q. If we were to assume that Mr. Simpson climbed
9  back into that machine after taking off the safety bars,
10  after asking someone to lock the machine back in, and to
11  reenergize it, do you believe he acted safely --
12  A. No.
13  Q. -- if we assume those to be the facts?
14  A. If that's the facts, no, he did not.
15  Q. Are you aware of the control panel ever being
16  moved to different locations on the Sutters?
17  A. No.
18  Q. Is it your understanding they could not be or
19  that you just don't recall them ever being in anyplace
20  besides where they ultimately were?
21  A. They were never moved, that I'm aware of.
22  Q. How many Sutter machines were there, four?
23  A. Four.
24  Q. Did you work on all four of them?

Page 93

1  A. Yes.
2  Q. Is that pretty common for everyone that worked on
3  the Sutter line, the I-beam line?
4  A. Yes.
5  Q. You just worked on all of them?
6  A. Yes.
7  Q. I take it, since your testimony is that you do
8  not recall exactly when this machine was manufactured, that
9  you don't know, also, in what condition it was originally
10  manufactured in; is that fair?
11  A. Yes.
12  Q. Did you indicate you had blown out stickers
13  before on Sutters?
14  A. Yes.
15  Q. What about on this particular Sutter machine?
16  A. Yes.
17  Q. Did you ever have the occasion to blow out a
18  sticker as a helper of the machine?
19  A. Yes.
20  Q. Have there been times when you haven't locked out
21  the machine before going in and blowing out a sticker?
22  A. Yes.
23      MR. FLAUGHER: Sir, I believe that's
24  all I have.

Page 94

1  RE-EXAMINATION
2  BY MR. LAMBERT:
3  Q. I have just a few follow-up questions,
4  Mr. Wilburn. You indicated that, at times, when you went
5  in the machine to clean out a sticker, you had another
6  employee watch the button or the release valve to make sure
7  no one could push it?
8  A. Yes.
9  Q. Did you always have someone there, or were there
10  times you would go in without having someone there watching
11  the button?
12  A. I'm sure there has been times that I've went in
13  without somebody watching the button.
14  Q. As I understand, when that button was pushed,
15  even if all the other controls were off, sometimes, that
16  machine would energize and, sometimes, it wouldn't?
17  A. Correct. Well, no. Let me rephrase that. If
18  the power was off and the valves were shut off, all the
19  time, you could push that button and that valve would move.
20  Q. The cope would move every time you pushed that
21  button?
22  A. Yes. You could kill the hydraulic pumps,
23  everything on that, and what would happen is, when you
24  would hit that valve, it would bypass and either come down

### Page 103

1  A. Yes.
2  Q. Then you would tell him, hey, raise it back up a
3  little more?
4  A. Yes.
5  Q. You never got in the machine unless the valve at
6  least was shut off?
7  A. Correct.
8  Q. You testified that you'd seen the machine take
9  off on its own.
10  A. Yes.
11  Q. Were the valves all shut off when it did that?
12  A. I think the valves were on, but the machine -- I
13  think it was something -- I don't know. I can't remember.
14  I don't think the valves were turned off. I'm pretty sure
15  they were on when the machine would run.
16  Q. You testified about having a person watch --
17  that, generally, you would have someone watch the button to
18  make sure no one pressed it.
19  A. When I was working on that machine, there was
20  always somebody at the valves 90 percent of the time.
21  Q. Was that a common practice for most people to
22  use?
23  A. Yeah, because while one guy was in there
24  cleaning, the other guy was at the valves.

### Page 104

1  Q. Was he at the valves or was he --
2  A. Right around that. I mean, you know, the valves
3  are right beside the machine. I mean, you're only looking
4  at three foot apart from the cope and drag versus the
5  valves. But there's just a lot of steel in between, and
6  hoses that was coming down and going up to the toplock and
7  all that.
8  Q. So the person would be -- if you were inside
9  cleaning the machine, the other person would be standing by
10  the valves where he couldn't see you?
11  A. At first, a lot of times, they would help you
12  clean. Then when it got down to where there was just a
13  little bit, they'd go around and raise or lower, whatever
14  needed to be done.
15  Q. Would he wait for you to tell him?
16  A. Yes.
17  Q. You didn't just send him around there and say,
18  whenever you feel like it, press the button?
19  A. No.
20  Q. Could this button that we've been talking about
21  that raises or lowers the valve be bumped into? I mean,
22  you had to actually --
23  A. About everybody had fire extinguisher pins.
24  That's what we used.

### Page 105

1  Q. It wasn't something that could accidentally be
2  pushed? You had to pretty much purposely push that button
3  in order to --
4  A. Correct.
5  Q. You talked about the safety bars. Were they
6  always used?
7  A. No, not all the time.
8  Q. Okay. Just one more question. At the time when
9  you almost got your hand smashed when your hammer saved
10  you, did the hammer damage the machine at all?
11  A. You could see where it indented the aluminium. I
12  mean, those are aluminum castings in there, cope, drag,
13  lead and aluminum. Yeah, you could see where it indented
14  it a little bit.
15  Q. Did it need to be fixed, the machine?
16  A. Yeah. We had putty you wiped in them.
17       MS. PRYOR: I have no further
18  questions.
19       MS. BRIDE: I don't have any further
20  questions.
21       MR. FLAUGHER: I have no further
22  questions.
23       (The deposition of Gerald Wilburn
24  concluded at the approximate hour of 12:15 p.m.)

### Page 106

* * * * * * * * * *