UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. SIMPSON, et al., | : | Case No. 1:00-cv-00014 |
| Plaintiffs, | : | Judge Dlott |
| v. | : | |
| INTERMET CORPORATION, et al., | : | NOTICE OF FILING OF |
| Defendants. | : | DEPOSITION TRANSCRIPTS |

Take notice that Defendants, Intermet Corporation and Ironton Iron, Inc. have filed under seal copies of the transcripts, without exhibits, of the depositions of James Brammer, taken on June 22, 2001, William Purdue, taken on September 27, 2001, Omer Lee Cherry, taken on October 15, 2001, and Danny Mullins, taken on September 27, 2001, with the Clerk of the United States District Court for the Southern District of Ohio.

Respectfully submitted,

s/ Patricia Anderson Pryor
Patricia Anderson Pryor (0069545)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
Email: pryor@taftlaw.com

Trial Attorneys for Defendants
Intermet Corporation
and Ironton Iron, Inc.

W0190110.1

CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Randall L. Lambert and D. Scott Bowling, Attorneys for Plaintiff, 215 South Fourth Street, P.O. Box 725, Ironton, Ohio 45638; and Nancy J. Bride, Greenbaum Doll & McDonald PLLC, 255 East Fifth Street, Suite 2800, Cincinnati, Ohio 45202-4728.

      s/ Patricia Anderson Pryor
      Patricia Anderson Pryor (0069575)
      Taft, Stettinius & Hollister LLP
      425 Walnut Street, Suite 1800
      Cincinnati, OH 45202-3957
      (513) 381-2838
      (513) 38l-0205 (fax)
      pryor@taftlaw.com