# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL D. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF
THE ESTATE OF CARL D. SIMPSON,



       Plaintiffs,

vs.                              Case No. C-1-00014

INTERMET CORPORATION, ET AL.,

       Defendants.

DEPOSITION OF THOMAS STAPLETON

    The deposition of Thomas Stapleton, was taken on July 14, 2003, at the approximate hour of 9:30 a.m., at 215 South Fourth Street, Ironton, Ohio.

ELITE COURT REPORTING
5010 Dempsey Drive
Cross Lanes, West Virginia  25313
(304) 776-0975

BRANDY D. MOWERY

1      **A.**   The other end of the machine, out of the view of

2   anything going on back there.

3      **Q.**   Right.  What do you do back there?

4      **A.**   There is a valve, a manual valve.  You take a

5   little key - more or less, a little piece of wire, like off

6   of a fire extinguisher.  That's what we used - and activate

7   that valve.  That would lift the cope back up to its

8   position, up against the gas head.  Then, you know, you

9   just reverse your procedure and start, you know, the same

10   as you started.

11      **Q.**   You go back to the control panel then and put the

12   machine back into its automatic cycle?

13      **A.**   Back into its automatic cycle.

14      **Q.**   Let's suppose the sticker was in the drag.  Would

15   that change the process?

16      **A.**   In the drag, you have to strip it up.  Which that

17   would separate the cope from the drag.  Okay?  Then you

18   would take -- they had safety bars you could slide through.

19      **Q.**   In order to do that stripping, you did that from

20   the control panel?

21      **A.**   Right.  That is, if you're getting something out

22   of the drag.

23      **Q.**   Okay.

24      **A.**   This incident we're talking about, it was in the

1    open cope.

2        Q.    Right.   We're just trying to get a comparison.

3        A.    Okay.   What you do that is you strip it up.   Then

4    you put your safety bars through.   They had steel safety

5    bars.   Once you do that, you go back out to your power

6    sources, turn them off, put pad locks on them.   Nobody can

7    start that machine on you while you're in there.   You get

8    back in there and dig out your sticker.

9        Q.    When the sticker is in the cope, would you put

10   the safety bars in place?

11       A.    There was no way of putting it in there.

12       Q.    Where did the safety bars -- when they went in,

13   what parts of the machine did the safety bars lock?

14       A.    Okay.   You had the sand chamber.   You had a sand

15   chamber out in front of your pattern.   Okay?   That's where

16   all of your sand came from.   It had little square blocks on

17   it, you know, that you could shove your bars into.   You had

18   these two, like -- it was like a bracket.   They normally

19   stayed up high.   When you got ready to shut the machine

20   down, you lower them down.   They had a pin that went

21   through them.   You lower them down.   They had a little hole

22   in them to where you can shove your safety bar back through

23   it.   You shove that through there.   Then it goes into the

24   sand chamber.   Then you just rest your cope right down on

1    top of it and it can't go nowhere as long as that bar

2    doesn't break (indicating).

3        Q.    The process you've just described to me, when a

4    sticker was in the rear part, the far part of either the

5    cope or the drag, that is the procedure that you routinely

6    used?

7        A.    Yes.

8        Q.    You had a helper?

9        A.    Yes.

10       Q.    Would the helper sometimes get the sticker out?

11       A.    If it was on his side of the pattern.

12       Q.    Just for the record here, there are some carrier

13   fingers that go back and forth that carry the pattern out.

14       A.    Yes.

15       Q.    If it was on his side of those fingers, that

16   would be his job?

17       A.    It's just whoever could reach it the best.  If it

18   was hard on me to stretch over there and reach it, my

19   helper would help me.  As a general rule, on my machine, I

20   did all of my own stickers.

21       Q.    Do you know whether that was true of the other

22   operators or not?  Did they, typically, get most of the

23   stickers out like you did?

24       A.    Most of the time.  Unless it was -- you know,

1    something like -- if it was in the cope -- if it was in the

2    cope, normally, the helper did it, because -- for the fact

3    that they could reach it.  More or less, they could reach

4    it better.

5        Q.    Let's suppose that it is in the cope, in an area

6    that is easier for the helper to get to.  You're the

7    operator.  This person is your helper.

8        A.    All right.

9        Q.    Walk us through and tell us who would be doing

10    what to get this sticker out.

11        A.    Well, as the operator, I would do the top lock,

12    drop it down.

13        Q.    You're doing that from the control panel?

14        A.    Right.

15        Q.    That's why you're doing it?

16        A.    That's what I'm doing right there.

17        Q.    Then what?

18        A.    Then I would turn off my power sources and put

19    locks on it.  When I felt that I did all I could do and it

20    was the helper's job to, you know, knock it out, I'd say

21    okay, you know.

22        Q.    Then he would lean into the machine?

23        A.    He would crawl into the machine and do the job.

24        Q.    Then what happened?  He gets the sticker out and

1    comes back out.  Then what happens?

2        A.    Then you go out and reverse everything that you

3    did.  You turn your power sources back on.  Then you take

4    your key and activate your valve to get it to raise back

5    up.

6        Q.    Meanwhile, the helper would stand back there in

7    his position?

8        A.    Right.

9        Q.    When you were back there at the key, at the

10   solenoid where you used your key, by bending down, could

11   you look through the gas connections there and see the

12   helper's legs, body?

13       A.    No.

14       Q.    Did you ever try that?  Did you ever bend down

15   and see if you could see through it?

16       A.    I never recall that I had to.  You know, I would

17   just tell my helper, hey, stay back.

18       Q.    You never tried that, to get down on one knee,

19   for example?

20       A.    No.  I had no reason to.

21       Q.    Did the helper have a set of locks that were the

22   helper's locks?

23       A.    Yes.

24       Q.    Each person had keys for their own personal

1    **Q.**    That was, basically, the reputation that was held

2    out in the community and to you, as a coworker of

3    Mr. Simpson's?

4                        MR. BARTY:  Objection.

5    **A.**    Yes.

6                        MR. BOWLING:  That's all the questions

7    I have.  Thank you.

8                        RE-EXAMINATION

9    BY MR. BARTY:

10   **Q.**    I have a few more questions.

11       The gates that were placed on the machine after

12   the Simpson accident, did those gates change, in any way,

13   in the process of removing a sticker?

14   **A.**    Yes, because you had to -- in order to get back

15   in there to remove the sticker, you had to have a safety

16   bar in place to hold that gate up.  The gate wouldn't stay

17   by itself.

18   **Q.**    So before you would enter the machine, you would

19   raise the gates and put this bar into place?

20   **A.**    Right.

21   **Q.**    The gates would be raised from the control panel

22   or manually?

23   **A.**    Manually.  It wasn't hard to lift, but you could

24   lift it up.  There was a pin that went through it once you