# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ORIGINAL**

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS
OF THE ESTATE OF CARL D. SIMPSON

    Plaintiffs,

vs.                    Case No. C-1-00-0014

INTERMET CORPORATION, et al.,

    Defendants.

DEPOSITION OF JAMES BRAMMER

The deposition of James Brammer was taken on June 22, 2001, at the approximate hour of 11:50 a.m., at 215 South Fourth Street, Ironton, Ohio.

ELITE COURT REPORTING
9 James Drive
Huntington, West Virginia  25705
(304) 733-1036

BRANDY D. FRAZIER

1   **A.**   Yes.

2   **Q.**   Now, it's probably about 8:30 a.m. on that

3   morning. Can you describe what happened in terms of the

4   next sticker that Mr. Simpson had to deal with?

5   **A.**   He got a sticker. He went out and locked out the

6   machine.

7   **Q.**   Just like you had and Mr. Harris had before?

8   **A.**   Yeah. He got the sticker out. He went out and

9   jumped across the unloaders. I don't know if you've ever

10  seen unloaders or not.

11  **Q.**   I think I have. I've visited it, so I think I

12  know what area of the machine you're talking about.

13  **A.**   The forks.

14  **Q.**   If you describe it on the record --

15  **A.**   It's the forks that goes in and picks up the

16  pattern -- the mold and brings it out and sets it down.

17  **Q.**   Okay. Great. That's a great description.

18  **A.**   He went across them and went out and unlocked

19  everything.

20  **Q.**   Now, do you usually go across those? Is that the

21  procedure that you followed and Mr. Harris followed?

22  **A.**   Yes. Well, that's the only procedure we could --

23  we had to walk across them because you couldn't get out.

24  Whenever they put the machines in, they didn't put them far

1   enough apart so you could maneuver.  They was too close.
2        Q.   Okay.
3        A.   Well, he unlocked everything and he came back
4   across.  He said, "Well, go ahead and raise up the
5   machine."  He had to hand me my keys because you had to
6   have a little pin to use the hydraulic thing.
7        Q.   Why were the keys he was giving you any different
8   than the keys that you already had?
9        A.   The keys that we use is for the locks.
10       Q.   Oh, okay.  There's something separate?
11       A.   He didn't have an operating key.
12       Q.   Only you did of the three of you?
13       A.   No.  The operators have one.  I made mine.
14       Q.   Okay.
15       A.   It's made out of welding rod.  That's what you
16  use to raise the machine up by the hydraulics (indicating).
17       Q.   Is that what you referred to as a pin earlier?
18       A.   Yes.
19       Q.   So he handed you that pin?
20       A.   Yeah.  They was inside on the glue press.  It was
21  on his side.  So he handed them to me.
22       Q.   Then what happened?
23       A.   I looked at him and I told him I was going to go
24  around back and raise up the machine.

```
 1    the blow tubes, you could see back in there to the back of

 2    the pattern.

 3         Q.   So that's where you were?

 4         A.   Yeah.

 5         Q.   You were, like, crouched down?

 6         A.   Yeah.  I bent down and looked to see if there was

 7    anything -- to see if I seen anything like a blow tube

 8    being busted or anything, checking the machine while I was

 9    in the back of it.

10         Q.   Did you bend over from your waist to do that, or

11    do you crouch down -- bend your knees?

12         A.   I crouched down.  I bent my knees.

13         Q.   You said, at that point, when you were crouched

14    down, you didn't see anything.

15         A.   I didn't see anything.

16         Q.   Then what did you do?

17         A.   I reached up and raised up the machine.

18         Q.   How did you do that?

19         A.   I stuck the pin in the slot for the hydraulics to

20    raise up the box.

21         Q.   Was there anything unusual in terms of the pin or

22    what you were sticking it into at that point?

23         A.   No.

24         Q.   Then what happened?
```