# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
 2                      WESTERN DIVISION

 3

    CARL G. SIMPSON AND BONNIE REED
 4  SIMPSON, CO-ADMINISTRATORS OF
    THE ESTATE OF CARL D. SIMPSON,
 5
                Plaintiffs,
 6
                                        Hon. J. Dlott
 7  vs.
                                        Case No.: C-1-00014
 8  INTERMET CORPORATION, ET AL.,

 9              Defendants.

10  _____


11              DEPOSITION OF ALAN GOULD

12  taken by the Plaintiff on the 21st day of July, 2003 at Best

13  Western, 510 Huron Avenue, AuGres, Michigan at 1:34 p.m..

14
                          APPEARANCES:
15
    For the Plaintiff:       LAMBERT, McWHORTER & BOWLING
16                           Randell Lambert, (P-17987)
                             215 South 4th Street
17                           P.O. Box 725
                             Ironton, OH  45638
18                           (740) 532-4333

19  For the Defendant        LAWRENCE J. BARTY, ESQ.
    Interment and Ironton:   188 First Tower
20                           4525 Walnut Street
                             Cincinnati, OH   45202-3957
21

22  For the Defendant        LANE, ALTON & HORST, LLC
    George Fischer Disa:     Theodore M. Munsell, ESQ.
23                           175 South Third Street
                             Columbus, OH  43215-5100
24                           (614) 228-6585

25
```

                                                                1

| | |
|---|---|
| 1 | A.   I mean you'd use -- in the out position they -- the |
| 2 | machine would be running. |
| 3 | Q.   Right. |
| 4 | A.   When you wanted to lock the coping up, you'd have to |
| 5 | swing those in. |
| 6 | Q.   Okay. |
| 7 | A.   And as far as function goes, I guess they're both |
| 8 | being used to make sure this doesn't come down because of |
| 9 | gravity.  But Intermet decided not to take this option |
| 10 | from us.  They had another way they wanted to do it, and |
| 11 | maybe that's it.  I don't know. |
| 12 | Q.   The bars that we're talking about -- |
| 13 | A.   Yes. |
| 14 | Q.   The drawing that you have in front of you that has |
| 15 | the swing arms, the arms that swing in.  Are those |
| 16 | similar to a die block -- serve the same function I |
| 17 | guess? |
| 18 | A.   I would say they serve the same function. |
| 19 | Q.   Do you know how tall those arms or the blocks that |
| 20 | there -- are shown there on 41-1, and 2; how tall those |
| 21 | are?  When I say tall, how -- I guess depends on if you |
| 22 | want to call it thickness or tallness.  How thick they |
| 23 | were as far as when they swung in? |
| 24 | A.   I'd say, you know, the thickness you're talking |
| 25 | about would be this dimension. |

ACCUSCRIPT REPORTING SERVICE - (989) 836-2044