# EXHIBIT G

NATIONAL COURT REPORTING

```
 1    IN THE UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF OHIO
 3               WESTERN DIVISION
 4
 5   CARL G. SIMPSON & BONNIE REED
 6   SIMPSON, CO-ADMINISTRATORS OF THE
 7   ESTATE OF CARL D. SIMPSON, et al.
 8
 9                Plaintiffs,
10
11       VS.                    CIVIL ACTION
12                              No. C-1-000014
13
14   INTERMET CORPORATION, et al.,
15
16                Defendants.
17
18       DEPOSITION OF THOMAS DERSHEM
19
20
21               STIPULATIONS
22           IT IS STIPULATED AND
23   AGREED, by and between the parties,
```

NATIONAL COURT REPORTING

```
 1   1630s that were equipped with a light
 2   beam or some type of light curtain
 3   that would prohibit the activation of
 4   a solenoid valve if there was
 5   something within a pinch point?  Is
 6   that something you are familiar with?
 7        A.    No, I am not.
 8        Q.    Is that something that
 9   could be done?
10        A.    I am not a proponent of
11   light curtains.
12        Q.    And why is that?
13        A.    Because I have never been
14   in a facility where they have
15   properly checked a light curtain, and
16   a light curtain would not have
17   prevented anyone from manually
18   operating a valve.
19        Q.    So, hydraulic solenoid
20   valves could not be equipped with a
21   light beam light curtain that would
22   prohibit the activation of that valve
23   if something were in a pinch point;
```