IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUN 17 PM 1:51

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF        CASE NO.:  C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                               JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of John "Jack" Schuldts conducted on June 11, 2003. Said transcript being filed under seal.

                            Respectfully Submitted,

                            LAMBERT, McWHORTER & BOWLING

                            D. SCOTT BOWLING (0067617)
                            ATTORNEY FOR PLAINTIFFS
                            215 SOUTH 4TH STREET
                            P. O. BOX 725
                            IRONTON, OH 45638
                            attys@cloh.net
                            740-532-4333
                            740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUN 17 PM 1:51

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| DEFENDANTS | |

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of William Purdue conducted on September 27, 2001. Said transcript being filed under seal.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH 45638
attys@cloh.net
740-532-4333
740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUN 17 PM 1:51

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| DEFENDANTS | |

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Frank Arthurs conducted on November 8, 2001. Said transcript being filed under seal.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH 45638
attys@cloh.net
740-532-4333
740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

04 JUN 17 PM 1:50

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| DEFENDANTS | |

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Paul Kelley conducted on July 15, 2003. Said transcript being filed under seal.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

04 JUN 17 PM 1:50

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF      CASE NO.:   C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                      JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Thomas Earl Wuepper conducted on October 22, 2003. Said transcript being filed under seal.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH 45638
attys@cloh.net
740-532-4333
740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 JUN 17 PM 1:50

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF                CASE NO.: C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                                JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Gerald Wilburn conducted on November 8, 2001. Said transcript being filed under seal.

    Respectfully Submitted,

    LAMBERT, McWHORTER & BOWLING

    D. SCOTT BOWLING (0067617)
    ATTORNEY FOR PLAINTIFFS
    215 SOUTH 4TH STREET
    P. O. BOX 725
    IRONTON, OH  45638
    attys@cloh.net
    740-532-4333
    740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 JUN 17 PM 1:50

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| DEFENDANTS | |

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Roger Ramey, Sr. conducted on November 2, 2001. Said transcript being filed under seal.

Respectfully Submitted,

LAMBERT, McWHORTER & BOWLING

D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



04 JUN 17 PM 1:49

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF        CASE NO.:   C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                             JUDGE J. DLOTT

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT UNDER SEAL**

Now come the Plaintiffs, by and through counsel, giving Notice of the filing of the original deposition transcript of Danny Mullins conducted on September 27, 2001. Said transcript being filed under seal.

          Respectfully Submitted,

          LAMBERT, McWHORTER & BOWLING

          D. SCOTT BOWLING (0067617)
          ATTORNEY FOR PLAINTIFFS
          215 SOUTH 4TH STREET
          P. O. BOX 725
          IRONTON, OH  45638
          attys@cloh.net
          740-532-4333
          740-532-7341 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the 14th day of June, 2004, upon the following:

Lawrence J. Barty, Esquire  
Patricia Anderson Pryor, Esquire  
188 First Tower  
4525 Walnut Street  
Cincinnati, OH  45202-3957  
Counsel for Defendant, Intermet Corporation and Ironton Iron

Mark T. Hayden, Esquire  
Nancy J. Bride, Esquire  
2800 Chemed Center  
255 East Fifth Street  
Cincinnati, OH  45202  
Counsel for Defendant, Hayes-Lemmerz

D. SCOTT BOWLING (0067617)  
ATTORNEY FOR PLAINTIFFS