IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARL G. SIMPSON, *et al.* | : |
| | : Case No. 1:00cv00014-SJD |
| Plaintiffs, | : (Judge Susan J. Dlott) |
| | : |
| v. | : |
| | : **NOTICE OF FILING OF** |
| INTERMET CORPORATION, *et al.* | : **DEPOSITION TRANSCRIPTS** |
| | : **UNDER SEAL** |
| Defendants. | : |

Please take notice that Defendant Hayes Lemmerz International - Equipment & Engineering, Inc. d/b/a CMI - Equipment & Engineering, Inc. ("Hayes") have filed <u>under seal</u> copies of the transcripts, without exhibits, of the depositions of Alan Gould taken on July 21, 2003, John Allread taken on November 6, 2001, Thomas Dershem taken on July 10, 2003, Robert McMillan taken on November 16, 2001, Thomas Stapleton taken on July 14, 2003, Perry Jones taken on November 19, 2001 and Gary Maul, Ph.D. taken on November 5, 2001, with the Clerk of the United States District Court for the Southern District of Ohio.

Respectfully submitted,

s/Nancy J. Bride
Mark T. Hayden (0066162)
Nancy J . Bride (0068559)
GREENEBAUM DOLL & McDONALD PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 455-7600
Facsimile: (513) 455-8500
Trial Attorney for Defendant Hayes Lemmerz
International - Equipment & Engineering, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's electronic filing system on this 17th day of June, 2004.

s/Nancy J. Bride
Attorney for Plaintiff

CIN:601532.1