IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON**

CASE NO.: C-1-00014

    **PLAINTIFFS**

JUDGE J. DLOTT

**VS.**

**INTERMET CORPORATION, ET AL.**

    **DEFENDANTS**

---

### NOTICE

Now come plaintiffs, by and through counsel, giving Notice of the overnight mailing of an additional set of Exhibits to counsel for Intermet Corporation and Ironton Iron, Inc. as referred to in Plaintiffs' Memorandum in Opposition filed on May 27, 2004 and Defendants' Reply Memorandum filed on June 10, 2004.

                                         **Respectfully Submitted,**

                                         LAMBERT, McWHORTER & BOWLING

                                         /s/ D. Scott Bowling
                                         D. SCOTT BOWLING (0067617)
                                         ATTORNEY FOR PLAINTIFFS
                                         215 SOUTH 4TH STREET
                                         P. O. BOX 725
                                         IRONTON, OH  45638
                                         attys@cloh.net
                                         740-532-4333
                                         740-532-7341 fax

**Certificate of Service**

A copy of the foregoing Notice was filed on the CMECF electronic filing system, such filing providing service on this the 18th day of June, 2004.

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS