IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON, et al,

        Case Number: 1:00cv00014-SJD

vs.

        District Judge Susan J. Dlott

INTERMET CORPORATION, et al,

NOTICE

The Final Pretrial Conference previously scheduled for August 27, 2004 is hereby VACATED.


        JAMES BONINI, CLERK


        ___s/Stephen Snyder_____
        Stephen Snyder
        Case Manager
        (513) 564-7633