IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. SIMPSON & BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON et al. | : : : | Case No. 1:00cv00014-SJD (Judge Dlott) |
| Plaintiffs, | : | |
| v. | : | |
| HAYES LEMMERZ INTERNATIONAL - EQUIPMENT AND ENGINEERING, INC. d/b/a CMI - EQUIPMENT AND ENGINEERING, INC., et al. | : : : | DEFENDANT, HAYES LEMMERZ INTERNATIONAL - EQUIPMENT & ENGINEERING, INC. D/B/A CMI-EQUIPMENT & ENGINEER-ING, INC.'S SECOND AMENDED DISCLOSURE OF EXPERT |
| Defendants. | : | WITNESSES |

\*\* \*\* \*\* \*\*

Now comes Defendant, Hayes Lemmerz International - Equipment & Engineering, Inc., d/b/a CMI-Equipment & Engineering, Inc. ("Hayes") and discloses the following expert witness whom it may call at trial:

Alan P. Gould

Mr. Gould is an Engineer and will be expected to testify on issues relating to the manufacturing, functioning and operation of the subject machine and the cause(s) of the incident that is the subject of this litigation.

Perry D. Jones

Gary P. Maul, Ph.D.

John "Jack" Schuldts
4351 WindingOaks Circle
Mulberry, Florida 33860

George Vredeveld
425 Lafayette Avenue
Cincinnati, Ohio 45202

Respectfully submitted,


s/Nancy J. Bride
Mark T. Hayden (0066162)
Nancy J. Bride (0068559)
GREENEBAUM DOLL & McDONALD PLLC
2800 Chemed Center
255 E. Fifth Street
Cincinnati, Ohio 45202-4728
Phone: (513) 455-7600
Facsimile: (513) 455-8500
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's electronic filing system on this 2nd day of September, 2004.

s/Nancy J. Bride
Attorney for Plaintiff

CIN:605710.1

- 2 -