IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| PLAINTIFFS | JUDGE J. DLOTT |
| VS. | |
| INTERMET CORPORATION, ET AL. | MAGISTRATE _____ |
| DEFENDANTS | |

### *NOTICE OF VIDEO TRIAL DEPOSITION*

TO:   JOHN ALLREAD
      C/O LAWRENCE J. BARTY, ESQUIRE
      1800 FIRSTAR TOWER
      425 WALNUT STREET
      CINCINNATI, OH  45202-3957

Please take notice that at **3:00 P.M.** on **MONDAY, SEPTEMBER 13, 2004**, at Midwest Litigation Services, located at Culpepper Place Office Park, 3556 South Culpepper Circle, Suite 5, Springfield, MO  65804, the Plaintiffs, through Counsel, in the above entitled action, will take your deposition, upon video and oral examination pursuant to the Ohio Rules of Civil Procedure for trial and all other purposes.

The examination will continue from day to day until

complete.

                                      LAMBERT, McWHORTER & BOWLING

                                        /s/ e-filed
                                      D. SCOTT BOWLING (0067617)
                                      ATTORNEY FOR PLAINTIFFS
                                      215 SOUTH 4TH STREET
                                      P. O. BOX 725
                                      IRONTON, OH  45638
                                      (740) 532-4333

## ***CERTIFICATE OF SERVICE***

I hereby certify that a true copy of the foregoing Notice of Video Trial Deposition was served by facsimile, U. S. regular mail and e-filed on the District Court's system on this the 3rd day of September, 2004, upon the following:

| | |
|---|---|
| Lawrence J. Barty, Esquire | Mark T. Hayden, Esquire |
| Patricia Anderson Pryor, Esquire | Nancy J. Bride, Esquire |
| 188 First Tower | 2800 Chemed Center |
| 4525 Walnut Street | 255 East Fifth Street |
| Cincinnati, OH  45202-3957 | Cincinnati, OH  45202 |
| Counsel for Defendant, Intermet Corporation and Ironton Iron | Counsel for Defendant, Hayes-Lemmerz |

Midwest Litigation Services
Culpepper Place Office Park
3556 South Culpepper Circle
Suite 5
Springfield, MO  65804

                                      LAMBERT, McWHORTER & BOWLING

                                        /s/ e-filed
                                      D. SCOTT BOWLING (0067617)
                                      ATTORNEY FOR PLAINTIFFS