IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON, et al,

    Plaintiff(s)

vs.

INTERMET CORPORATION, et al,

    Defendant(s)

Case Number: 1:00cv00014-SJD

District Judge Susan J. Dlott

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman, sitting by designation

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge


    s/William O. Bertelsman
William O. Bertelsman
United States District Judge