IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF          CASE NO.:  1:00-cv-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                          JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBIT**

Now come the Plaintiffs, by and through counsel, giving Notice of the manual filing of "Exhibit 1" to the Plaintiffs' Supplemental Complaint with Jury Demand filed electronically on September 14, 2004.

                                                **Respectfully Submitted,**

                                                LAMBERT, McWHORTER & BOWLING

                                                /s/
                                                D. SCOTT BOWLING (0067617)
                                                ATTORNEY FOR PLAINTIFFS
                                                215 SOUTH 4TH STREET
                                                P. O. BOX 725
                                                IRONTON, OH  45638
                                                attys@cloh.net
                                                740-532-4333
                                                740-532-7341 fax

*CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the 14th day of September, 2004, upon the following:

| | |
|---|---|
| Lawrence J. Barty, Esquire<br>Patricia Anderson Pryor, Esquire<br>188 First Tower<br>4525 Walnut Street<br>Cincinnati, OH  45202-3957<br>Counsel for Defendant, Intermet Corporation and Ironton Iron | Mark T. Hayden, Esquire<br>Nancy J. Bride, Esquire<br>2800 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH  45202<br>Counsel for Defendant, Hayes-Lemmerz |

                                              /s/
                                       D. SCOTT BOWLING (0067617)
                                       ATTORNEY FOR PLAINTIFFS