**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF          CASE NO.:   1:00-cv-00014
THE ESTATE OF CARL D. SIMPSON

      **PLAINTIFFS**                              JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

      **DEFENDANTS**
_____

     **PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBITS**

     Now come the Plaintiffs, by and through counsel, giving Notice of the manual filing of Exhibits 1 through Exhibit 9 to the Plaintiffs' Motion to Approve Settlement and to Enter Judgment filed electronically on September 14, 2004.

                 **Respectfully Submitted,**

                 LAMBERT, McWHORTER & BOWLING


                 /s/_____
                 D. SCOTT BOWLING (0067617)
                 ATTORNEY FOR PLAINTIFFS
                 215 SOUTH 4TH STREET
                 P. O. BOX 725
                 IRONTON, OH  45638
                 attys@cloh.net
                 740-532-4333
                 740-532-7341 fax



                  ***CERTIFICATE OF SERVICE***


     I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the 14th day of September, 2004, upon the following:

Lawrence J. Barty, Esquire          Mark T. Hayden, Esquire
Patricia Anderson Pryor, Esquire    Nancy J. Bride, Esquire
188 First Tower                     2800 Chemed Center
4525 Walnut Street                  255 East Fifth Street
Cincinnati, OH  45202-3957          Cincinnati, OH  45202
Counsel for Defendant, Intermet     Counsel for Defendant,
Corporation and Ironton Iron        Hayes-Lemmerz


                                    /s/
                                    D. SCOTT BOWLING (0067617)
                                    ATTORNEY FOR PLAINTIFFS