**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF          CASE NO.:   C-1-00014
THE ESTATE OF CARL D. SIMPSON

      **PLAINTIFFS**                                    **JUDGE BERTELSMAN**

**VS.**

**INTERMET CORPORATION, ET AL.**

      **DEFENDANTS**

_____

**JUDGMENT**

      Plaintiffs have moved this Court to approve the settlement agreement between the parties and to enter judgment consistent with that agreement.  To ensure that neither the settlement agreement nor any judgment reflecting the settlement may be considered fraudulent or collusive, Plaintiffs have requested that the Court review the agreement and the evidence in this case presented to the Court through summary judgment proceedings and as part of this application to ascertain whether a consent judgment against Intermet in Plaintiffs' favor in the amount of $2.75 million would be a good faith resolution to this controversy.

      Having considered the Plaintiffs' motion and the evidence supporting it, the Court finds that the settlement agreement, as well as a judgment consistent with that agreement, reflects a good faith compromise to this dispute.

Accordingly,

      IT IS ORDERED AND ADJUDGED that Judgment be granted in

favor of The Estate of Carl Simpson and Bonnie Simpson against Defendant Ironton Iron/Intermet in the amount of $2.75 million. The Court specifically approves this allocation of the judgment proceeds as being fair and equitable. All claims against Defendant Ironton Iron/Intermet, not otherwise resolved or provided for in the settlement agreement, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
JUDGE

The parties have agreed to this judgment:

| /s/ e-filed | /s/ e-filed |
|---|---|
| RANDALL L. LAMBERT (0017987) | LAWRENCE J. BARTY |
| D. SCOTT BOWLING (0067617) | PATRICIA PRYOR |
| LAMBERT, MCWHORTER & BOWLING | TAFT, STETTINIUS & HOLLISTER |
| 215 SOUTH FOURTH STREET | 188 FIRST TOWER |
| P. O. BOX 725 | 4525 WALNUT STREET |
| IRONTON, OH  45638 | CINCINNATI, OH  45202 |
| TELEPHONE:  (740) 532-4333 | TELEPHONE:  (513) |
| FACSIMILE:  (740) 532-7341 | FACSIMILE:  (513) 381-0205 |
| E-MAIL:  attys@cloh.net | E-MAIL: |
| | |
| Trial attorneys for Plaintiffs | Trial attorneys for Defendant |
| The Carl Simpson Family | Intermet Corporation/Ironton |
| | Iron, Inc. |