UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

SIMPSON, et al                                                                    PLAINTIFFS

v.                                            ORDER

INTERMET CORPORATION, et al.                                      DEFENDANTS

This matter was before the Court for a telephonic status conference on September 8, 2004 at 10:30 a.m. Plaintiffs were represented by Scott Bowling, Defendant Intermet was represented by Lawrence Barty and Patricia Pryor, and Defendant Hayes Lemmerz, dba CMI, was represented by Mark Hayden and Nancy Bride. The Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The trial in the matter is continued to January 18, 2005 at 10:00 a.m.

2. The final pre-trial conference is set for December 29, 2004 at 1:30 p.m. A separate order will be filed concurrently herewith that details the requirements for the pre-trial conference.

3. Defendant's, CMI's, pending motion for summary judgment is hereby set for hearing on October 21, 2004 at 1:30 p.m. at the United States Courthouse in Cincinnati in a courtroom to be designated later.

**IT IS SO ORDERED** this 9th day of September, 2004.

William O. Bertelsman,
Visiting U. S. District Court Judge