UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

**CARL G. SIMPSON, Co-Administrator
of the Estate of Carl D. Simpson,
et al**                                                          PLAINTIFFS

v.                                      ORDER

**INTERMET CORPORATION, et al.**                                 DEFENDANTS

Pursuant to previous order of this court,

**IT IS ORDERED** that the oral argument on defendant Hayes Lemmerz International Equipment and Engineering, Inc. d/b/a CMI-Equipment and Engineering, Inc.'s pending motion for summary judgment (Doc. #73), set on **October 21, 2004 at 1:30 p.m.**, will be held in Judge Dlott's Courtroom, 8th Floor, United States Courthouse, in Cincinnati, Ohio.

This 17th day of September, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge