UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CARL G. SIMPSON, et al., | : | Case No. 1:00cv00014-SJD |
| | : | |
| Plaintiffs, | : | Judge Bertelsman |
| | : | |
| v. | : | |
| | : | **NOTICE OF BANKRUPTCY FILING** |
| INTERMET CORPORATION, et al. | : | **AND AUTOMATIC STAY** |
| | : | |
| Defendants. | : | |

Please take notice that on September 29, 2004, Ironton Iron, Inc. filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan.

Pursuant to 11 U.S.C. § 362, the prosecution of this action is subject to the automatic stay applicable to proceedings against a Debtor in bankruptcy, or the assets of a Debtor in bankruptcy. A true and accurate copy of Ironton Iron's voluntary petition for relief is attached as Exhibit A.

Dated:      October 4, 2004

                        Respectfully submitted,

                        s/ Lawrence J. Barty
                        Lawrence J. Barty (0016002)
                        barty@taftlaw.com
                        Patricia Anderson Pryor (0069545)
                        pryor@taftlaw.com
                        Taft, Stettinius & Hollister LLP
                        425 Walnut Street, Suite 1800
                        Cincinnati, Ohio  45202-3957
                        (513) 381-2838
                        (513) 381-0205 (fax)

                        Trial Attorneys For Intermet Corporation
                        and Ironton Iron, Inc.

{W0278864.1}

CERTIFICATE OF SERVICE

        I hereby certify that on October 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Randall L. Lambert and D. Scott Bowling, Attorneys for Plaintiff, 215 South Fourth Street, P.O. Box 725, Ironton, Ohio 45638; and Nancy J. Bride, Greenbaum Doll & McDonald PLLC, 255 East Fifth Street, Suite 2800, Cincinnati, Ohio 45202-4728.

    s/ Lawrence J. Barty
Lawrence J. Barty (0016002)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
(513) 381-2838
(513) 38l-0205 (fax)
barty@taftlaw.com

{W0278864.1}