CASE ASSIGNED TO JUDGE McIVOR

## United States Bankruptcy Court
### Eastern District of Michigan

In re   Ironton Iron, Inc.
                                    Debtor

Case No. 04-67603

Chapter   11

# BANKRUPTCY PETITION COVER SHEET

(To be filed by the debtor with the petition in *every* bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

### Part 1

"Companion cases," as defined in L.B.R. 1071-1(c), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district?  Yes _X_  No___

(If yes, complete Part 2.)

### Part 2

For each companion case, state in chronological order of cases: (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | Intermet Corporation | Alexander City Casting Company, Inc. | Cast-Matic Corporation |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number |  |  |  |
| Chapter | 11 | 11 | 11 |
| Date filed |  |  |  |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern | Southern | Southern |
| Judge |  |  |  |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

If the present case is a Chapter 13 case, state for each companion case:
Attorney  _____  _____  _____
Legal fee  $_____  $_____  $_____
Proposed legal fee in this case  $_____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

_____         _____         _____
Debtor                                Debtor                                Debtor's Attorney
Alan J. Miller                                                              Salvatore Barbatano P62727
Date:  9/29/04                                                              Foley & Lardner LLP
                                                                            150 W Jefferson
                                                                            Suite 1000
                                                                            Detroit, MI 48226
                                                                            313-963-6200

FILED 2004 SEP 29 P 6:19 U.S. BANKRUPTCY COURT DETROIT

EXHIBIT A

9/28/04 4:26PM

# BANKRUPTCY PETITION COVER SHEET
## (Continuation Sheet)

Part 2 Supplement

For each companion case, state in chronological order of cases:

|  | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | Columbus Foundry, L.P. | Diversified Diemakers, Inc. | Ganton Technologies Inc. |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number |  |  |  |
| Chapter | 11 | 11 | 11 |
| Date filed | 09/29/2004 | 09/29/2004 | 09/29/2004 |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern Division | Southern Division | Southern Division |
| Judge |  |  |  |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**
Attorney
Legal fee          $_____          $_____          $_____
Proposed legal fee in this case  $_____

Part 2 Supplement

For each companion case, state in chronological order of cases:

|  | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | Intermet Holding Company | Intermet Illinois, Inc. | Intermet International, Inc. |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number |  |  |  |
| Chapter | 11 | 11 | 11 |
| Date filed | 09/29/2004 | 09/29/2004 | 09/29/2004 |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern Division | Southern | Southern |
| Judge |  |  |  |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**
Attorney
Legal fee          $_____          $_____          $_____
Proposed legal fee in this case  $_____

9/28/04 4:26PM

# BANKRUPTCY PETITION COVER SHEET
## (Continuation Sheet)

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | Intermet U.S. Holding, Inc. | Ironton Iron, Inc. | Lynchburg Foundry Company |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number | | | |
| Chapter | 11 | 11 | 11 |
| Date filed | 09/29/2004 | 09/29/2004 | 06/29/2004 |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern Division | Southern Division | Southern |
| Judge | | | |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**
Attorney     _____     _____     _____
Legal fee    $_____    $_____    $_____
Proposed legal fee in this case  $_____

Part 2 Supplement

For each companion case, state in chronological order of cases:

| | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | Northern Castings Corporation | Sudbury, Inc. | SUDM, Inc. |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number | | | |
| Chapter | 11 | 11 | 11 |
| Date filed | 09/29/2004 | 09/29/2004 | 09/29/2004 |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern Division | Southern | Southern Division |
| Judge | | | |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**
Attorney     _____     _____     _____
Legal fee    $_____    $_____    $_____
Proposed legal fee in this case  $_____

9/28/04 4:26PM

# BANKRUPTCY PETITION COVER SHEET
(Continuation Sheet)

Part 2 Supplement

For each companion case, state in chronological order of cases:

|  | Additional Case | Additional Case | Additional Case |
|---|---|---|---|
| Name on petition | Tool Products, Inc. | Wagner Castings Company | Wagner Havana, Inc. |
| Relationship to this case | Subsidiary | Subsidiary | Subsidiary |
| Case number |  |  |  |
| Chapter | 11 | 11 | 11 |
| Date filed | 09/29/2004 | 09/29/2004 | 09/29/2004 |
| District | Eastern District of Michigan | Eastern District of Michigan | Eastern District of Michigan |
| Division | Southern | Southern | Southern Division |
| Judge |  |  |  |
| Status/Disposition | Pending | Pending | Pending |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**
Attorney _____  _____  _____
Legal fee          $_____  $_____  $_____
Proposed legal fee in this case  $_____

(Official Form 1) (12/03)

**04-67603** 9/28/04 4:54PM

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of Michigan** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ironton Iron, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Intermet Ironton Foundry | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>31-1117407 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2520 S. 3rd Street<br>Ironton, OH 45638 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    Lawrence | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☐ Individual(s)       ☐ Railroad<br>■ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other_____       ☐ Clearing Bank | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7      ■ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business      ■ Business | Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

FILED 2004 SEP 29 P 6:19 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

CASE ASSIGNED TO JUDGE McIVOR

(Official Form 1) (12/03)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ironton Iron, Inc. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>See Attachment A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X *Salvatore A. Barbatano*
Signature of Attorney for Debtor(s)
**Salvatore Barbatano P62727**
Printed Name of Attorney for Debtor(s)
**Foley & Lardner LLP**
Firm Name
**150 W Jefferson**
**Suite 1000**
**Detroit, MI 48226**
Address
**313-963-6200  Fax: 313-963-9308**
Telephone Number
**September 29, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Alan J. Miller*
Signature of Authorized Individual
**Alan J. Miller**
Printed Name of Authorized Individual
**V.P., General Counsel and Assistant Secretary**
Title of Authorized Individual
**September 29, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Eastern District of Michigan

In re   Ironton Iron, Inc.
_____,
                Debtor

Case No._____

Chapter_____11_____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __000-17028__.

2. The following financial data is the latest available information and refers to debtor's condition on __August 31, 2004__.

    a. Total assets                                    $         341,000.00

    b. Total debts (including debts listed in 2.c.,below)   $    34,012,000.00

    c. Debt securities held by more than 500 holders.                          Approximate number of holders

        secured / /    unsecured / /    subordinated / /    $        0.00         0
        secured / /    unsecured / /    subordinated / /    $        0.00         0
        secured / /    unsecured / /    subordinated / /    $        0.00         0
        secured / /    unsecured / /    subordinated / /    $        0.00         0
        secured / /    unsecured / /    subordinated / /    $        0.00         0

    d. Number of shares of preferred stock              11,575           0
    e. Number of shares of common stock                 23,000           0

    Comments, if any:

3. Brief description of debtor's business:
    Production and sale of ductile iron castings, primarily for the transportation industry.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    Intermet Corporation

## ATTACHMENT A TO CHAPTER 11 VOLUNTARY PETITION

### Intermet Corporation – Filing Entities

1. Intermet Corporation
2. Alexander City Casting Company, Inc.
3. Cast-Matic Corporation
4. Columbus Foundry, L.P.
5. Diversified Diemakers, Inc.
6. Ganton Technologies Inc.
7. Intermet Holding Company
8. Intermet Illinois, Inc.
9. Intermet International, Inc.
10. Intermet U.S. Holding, Inc.
11. Ironton Iron, Inc.
12. Lynchburg Foundry Company
13. Northern Castings Corporation
14. Sudbury, Inc.
15. SUDM, Inc.
16. Tool Products, Inc.
17. Wagner Castings Company
18. Wagner Havana, Inc.

### THE VOLUNTARY PETITIONS LISTED ABOVE ARE BEING FILED SIMULTANEOUSLY

020.78586.1

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Eastern District of Michigan

In re   Ironton Iron, Inc.                                Case No. _____

                        Debtor

                                                          Chapter          11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| US Bank National Association<br>180 East 5th St.<br>Suite 200<br>Saint Paul, MN 55101 | US Bank National Association<br>180 East 5th St.<br>Suite 200<br>Saint Paul, MN 55101 | Co-Guarantor on unsecured bond indebtedness | | 175,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re   Ironton Iron, Inc.                                             Case No. _____
  _____,
                 Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the V.P., General Counsel and Assistant Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **September 29, 2004**             Signature  *Alan Miller*
                                            Alan J. Miller
                                            **V.P., General Counsel and Assistant Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.