UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

**CARL G. SIMPSON, Co-Administrator
of the Estate of Carl D. Simpson,
et al**                                                                         **PLAINTIFFS**

v.                                                    **ORDER**

**INTERMET CORPORATION, et al.**                                                 **DEFENDANTS**


The court, having a conflict with regard to the oral argument on defendant Hayes Lemmerz International Equipment and Engineering, Inc. d/b/a CMI-Equipment and Engineering, Inc.'s pending motion for summary judgment (Doc. #73), now set on October 21, 2004 at 1:30 p.m.,

**IT IS ORDERED** that said oral argument on on such motion be, and it is, hereby **reset** on **Monday, October 18, 2004 at 1:30 p.m.**, in Judge Dlott's Courtroom, 8th Floor, United States Courthouse, in Cincinnati, Ohio, before the undersigned.

This 4th day of October, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge