UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

**CARL G. SIMPSON, Co-Administrator
of the Estate of Carl D. Simpson,
et al**                                                **PLAINTIFFS**

**v.**                              **ORDER**

**INTERMET CORPORATION, et al.**                        **DEFENDANTS**


The court being advised that a Notice of Bankruptcy having been filed herein on October 4, 2004, and the court being advised,

**IT IS ORDERED** that the pending motions for summary judgment (Docs. #73 and #74) be, and they are, hereby **denied**, without prejudice to refile; that the oral argument set on October 18, 2004 at 1:30 p.m. be, and it is, hereby **cancelled**; that the final pretrial conference set on December 29, 2004 and the trial set on January 21, 2005 be, and they are, hereby **cancelled**; and this matter is hereby **stayed** pending said bankruptcy.

This 12th day of October, 2004.



Signed By:
William O. Bertelsman
United States District Judge