IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF              CASE NO.:  1:00-CV-14
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                                 JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

### PLAINTIFFS' NOTICE OF BANKRUPTCY COURT ORDER MODIFYING INJUNCTION AND AUTOMATIC STAY

Now come plaintiffs, by and through counsel, giving Notice of the Order issued by the Bankruptcy Court Modifying the Injunction and Automatic Stay as filed by Defendants Ironton Iron, Inc. and Intermet Corporation (Docket #'s 105 and 106).  A copy of the February 18, 2005 Order from the United States Bankruptcy Court, Eastern District of Michigan, Southern Division is attached hereto as "Exhibit 1".

**Respectfully Submitted,**

LAMBERT, McWHORTER & BOWLING


/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax

**Certificate of Service**

    A copy of the foregoing Notice was filed on the CMECF electronic filing system, such filing providing service on this the 24th day of February 2005.

                                         /s/ D. Scott Bowling
                                         D. SCOTT BOWLING (0067617)
                                         ATTORNEY FOR PLAINTIFFS