IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF                CASE NO.:  1:00-CV-14
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS

VS.
                                                JUDGE BERTLESMAN
INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**MOTION FOR SCHEDULING CONFERENCE**

Now come, plaintiffs, by and through counsel, moving the Court for a scheduling conference in the above referenced matter. As of February 18, 2005, the Automatic Stay applicable to the defendant, Intermet Corporation and Ironton Iron, Inc. pending in the United States Bankruptcy Court for the District of Michigan was Modified to allow for the Civil Prosecution of the case herein. A copy of the Order Modifying the Injunction and Automatic Stay will be filed contemporaneously with this motion. Plaintiffs are requesting a trial date with the Court to conclude the terms of the Agreement as entered into between plaintiffs and defendant Intermet Corporation.

                                                                **Respectfully Submitted,**

                                                                LAMBERT, McWHORTER & BOWLING

<pre>
                              /s/ D. Scott Bowling
                              D. SCOTT BOWLING (0067617)
                              ATTORNEY FOR PLAINTIFFS
                              215 SOUTH 4TH STREET
                              P. O. BOX 725
                              IRONTON, OH  45638
                              attys@cloh.net
                              740-532-4333
                              740-532-7341 fax
</pre>

**Certificate of Service**

A copy of the foregoing Motion was filed on the CMECF electronic filing system, such filing providing service on this the 24th day of February 2005.

<pre>
                              /s/ D. Scott Bowling
                              D. SCOTT BOWLING (0067617)
                              ATTORNEY FOR PLAINTIFFS
                              215 SOUTH 4TH STREET
                              P. O. BOX 725
                              IRONTON, OH  45638
                              attys@cloh.net
                              740-532-4333
                              740-532-7341 fax
</pre>