IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF**   CASE NO.:  1:00-CV-14
**THE ESTATE OF CARL D. SIMPSON**

    **PLAINTIFFS**

**VS.**
                                              **JUDGE BERTLESMAN**
**INTERMET CORPORATION, ET AL.**

    **DEFENDANTS**

---

**NOTICE OF WITHDRAW OF MOTION**

Now come, plaintiffs, by and through counsel, withdrawing plaintiff's Motion for Judgment on the Pleading and Motion to Approve Settlement (Docket # 94, with accompanying Notices Docket # 97 and 98).

**Respectfully Submitted,**

LAMBERT, McWHORTER & BOWLING


/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax


**Certificate of Service**

A copy of the foregoing Notice  was filed on the CMECF electronic filing system, such filing providing service on this the 24th day of February 2005.

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax