UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-WOB

**CARL G. SIMPSON, Co-Administrator
of the Estate of Carl D. Simpson,
et al**                                                              PLAINTIFFS

v.                                        ORDER

**INTERMET CORPORATION, et al.**                                     DEFENDANTS

This matter is before the court on the motion for hearing for the court to establish a scheduling order/trial date (Doc. #112), and all counsel being in agreement as to the date for such hearing, the court being advised,

**IT IS ORDERED** that said motion be, and it is, hereby **granted**, and a hearing on such motion will be held on **Friday, March 11, 2005 at 2:00 p.m.** in Room 505, United States Courthouse, 35 West Fifth Street in Covington, Kentucky.

This 2nd day of March, 2005.



Signed By:
William O. Bertelsman  WOB
United States District Judge