FILED
JAMES BONINI
CLERK

05 MAR 15 PM 3:59

Eastern District of Kentucky
FILED
MAR 11 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON, *et al.*,

Plaintiffs,

v.

INTERMET CORPORATION, *et al.*,

Defendants.

Case No. 1:00cv00014
(Judge Bertelsman)

**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the parties agree and stipulate as follows:

(1) Plaintiffs Carl G. Simpson and Bonnie Reed Simpson, Co-Administrators of the Estate of Carl D. Simpson and Bonnie Reed Simpson hereby dismiss their Complaint and Amended Complaint against Defendant Hayes Lemmerz International – Equipment & Engineering, Inc. d/b/a CMI – Equipment & Engineering, Inc., with prejudice;

(2) Defendant Hayes Lemmerz International – Equipment & Engineering, Inc. d/b/a CMI – Equipment & Engineering, Inc. hereby dismisses its cross-claims against Defendants Intermet Corporation and Ironton Iron, Inc., with prejudice; and

(3) Defendants Intermet Corporation and Ironton Iron, Inc. hereby dismiss their cross-claims against Defendant Hayes Lemmerz International – Equipment & Engineering, Inc. d/b/a CMI – Equipment & Engineering, Inc., with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

This 11th day of March, 2005.

William O. Bertelsman
HON. WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT COURT

Have Seen and Agree:

Mark T. Hayden (0066162)
Nancy J. Bride (0068559)
GREENEBAUM DOLL & McDONALD PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 455-7643
Facsimile: (513) 455-8500
Attorneys for Defendant Hayes Lemmerz International-Equipment & Engineering, Inc., d/b/a CMI - Equipment and Engineering, Inc.

Lawrence J. Barty
Patricia Anderson Pryor
TAFT, STETTINIUS & HOLLISTER LLP
425 Walnut Street
1800 Firstar Tower
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Facsimile: (513) 381-0205
Attorneys for Intermet Corporation and Ironton Iron, Inc.

D. Scott Bowling
LAMBERT, McWHORTER & BOWLING
P.O. Box 725
215 South Fourth Street
Ironton, Ohio 45638
Phone: (740) 532-4333
Facsimile: (740) 532-7341
Attorney for Plaintiffs

CIN: 621864