IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF                CASE NO.:  C-1-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                                JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

*AGREED JUDGMENT ENTRY*

This cause came before the Court on March 11, 2005, for a pre-trial hearing upon Plaintiffs' Motion for Scheduling Order.

Attorneys Randall L. Lambert and D. Scott Bowling appeared on behalf of Plaintiffs. Attorney Lawrence J. Barty appeared on behalf of Defendant, Intermet/Ironton Iron. Attorney Mark Hayden appeared on behalf of Defendant, CMI/Hayes-Lemmerz.

The Court finds that the Plaintiffs have entered into a Settlement Agreement with CMI/Hayes-Lemmerz and that all claims of all parties as against CMI/Hayes-Lemmerz have been settled and compromised. The Court on this date executed the Judgment Entry resolving all claims against CMI/Hayes-Lemmerz.

Upon request of Plaintiffs for a trial date on the issues of liability and damages, the Court finds that a trial date is not necessary based upon the terms and provisions of the Settlement Agreement entered between Plaintiffs and Defendant, Intermet/Ironton Iron.

The Court hereby directs the parties to submit a proposed Agreed Judgment Entry for the agreement of the

1

parties as to the amount of damages that the parties believe is fair and equitable based upon the circumstances in this case and the parties' Settlement Agreement.

_____
JUDGE

APPROVED BY:

/s/ Randall L. Lambert
RANDALL L. LAMBERT (0017987)
COUNSEL FOR PLAINTIFFS


/s/ Lawrence J. Barty 3/16/05 approval
LAWRENCE J. BARTY
COUNSEL FOR DEFENDANT, INTERMET


/s/ Mark T. Hayden 3/16/05
MARK T. HAYDEN
COUNSEL FOR DEFENDANT, CMI/HAYES-LEMMERZ