IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON | CASE NO.: C-1-00014 |
| **PLAINTIFFS** | JUDGE BERTELSMAN |
| VS. | |
| INTERMET CORPORATION, ET AL. | |
| **DEFENDANTS** | |

**JUDGMENT**

The Court finds that the parties' settlement agreement, as well as a judgment amount consistent with that agreement, reflects a good faith compromise to this dispute.

Accordingly,

IT IS ORDERED AND ADJUDGED that Judgment be granted in favor of The Estate of Carl Simpson and Bonnie Simpson against Defendant Ironton Iron/Intermet in the amount of $3.5 million. All claims against Defendant Ironton Iron/Intermet, not otherwise resolved or provided for in the settlement agreement, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
JUDGE


The parties having agreed to this judgment:

 /s/ e-filed                              /s/ e-filed

| | |
|---|---|
| RANDALL L. LAMBERT (0017987) | LAWRENCE J. BARTY |
| D. SCOTT BOWLING (0067617) | PATRICIA PRYOR |
| LAMBERT, MCWHORTER & BOWLING | TAFT, STETTINIUS & HOLLISTER |
| 215 SOUTH FOURTH STREET | 188 FIRST TOWER |
| P. O. BOX 725 | 4525 WALNUT STREET |
| IRONTON, OH  45638 | CINCINNATI, OH  45202 |
| TELEPHONE:  (740) 532-4333 | TELEPHONE:  (513) |
| FACSIMILE:  (740) 532-7341 | FACSIMILE:  (513) 381-0205 |
| E-MAIL:  attys@cloh.net | E-MAIL: |
| | |
| Trial attorneys for Plaintiffs | Trial attorneys for Defendant |
| The Carl Simpson Family | Intermet Corporation/Ironton Iron, Inc. |