IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF**        CASE NO.: C-1-00014
**THE ESTATE OF CARL D. SIMPSON**

       **PLAINTIFFS**                              JUDGE BERTELSMAN

**VS.**

**INTERMET CORPORATION, ET AL.**

       **DEFENDANTS**

*JUDGMENT ENTRY*

This cause came before the Court upon the Motion for Leave to File a Supplemental Complaint by the Plaintiffs as against National Fire Insurance.

The Court finds that the Plaintiffs have filed a Motion for Leave to File a Supplemental Complaint, said proposed Supplemental Complaint being filed and identified as Docket Number 95.

The Court finds that the parties have filed with the Court an Agreed Judgment Entry, whereby the Court has approved the settlement of the claim of the Plaintiffs as against Defendant, Intermet/Ironton Iron and entered Judgment in favor of Plaintiffs.

The Court hereby grants the Plaintiffs' Motion to file their Supplemental Complaint, joining National Union Fire

1

Insurance Company as a party Defendant.

_____
JUDGE

APPROVED BY:


/s/ Randall L. Lambert
RANDALL L. LAMBERT (0017987)
COUNSEL FOR PLAINTIFFS


/s/ Lawrence J. Barty 3/16/05 approval
LAWRENCE J. BARTY
COUNSEL FOR DEFENDANT, INTERMET

2