IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON** | CASE NO.:  C-1-00014 |
| **PLAINTIFFS** | JUDGE BERTELSMAN |
| VS. | |
| **INTERMET CORPORATION, ET AL.** | |
| **DEFENDANTS** | |

### JUDGMENT

The Court finds that the parties' settlement agreement, as well as a judgment amount consistent with that agreement, reflects a good faith compromise to this dispute.

Accordingly,

IT IS ORDERED AND ADJUDGED that Judgment be granted in favor of The Estate of Carl Simpson and Bonnie Simpson against Defendant Ironton Iron/Intermet in the amount of $3.5 million. All claims against Defendant Ironton Iron/Intermet, not otherwise resolved or provided for in the settlement agreement, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_William O. Bertelsman_
JUDGE

The parties having agreed to this judgment:

/s/ e-filed                              /s/ e-filed

| | |
|---|---|
| RANDALL L. LAMBERT (0017987)<br>D. SCOTT BOWLING (0067617)<br>LAMBERT, MCWHORTER & BOWLING<br>215 SOUTH FOURTH STREET<br>P. O. BOX 725<br>IRONTON, OH  45638<br>TELEPHONE:  (740) 532-4333<br>FACSIMILE:  (740) 532-7341<br>E-MAIL:  attys@cloh.net<br><br>Trial attorneys for Plaintiffs<br>The Carl Simpson Family | LAWRENCE J. BARTY<br>PATRICIA PRYOR<br>TAFT, STETTINIUS & HOLLISTER<br>188 FIRST TOWER<br>4525 WALNUT STREET<br>CINCINNATI, OH  45202<br>TELEPHONE:  (513)<br>FACSIMILE:  (513) 381-0205<br>E-MAIL:<br><br>Trial attorneys for Defendant<br>Intermet Corporation/Ironton<br>Iron, Inc. |