AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN | District of | OHIO

CARL G. SIMPSON, et al.

V.

NATIONAL UNION FIRE INS., et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:00-cv-14

TO: (Name and address of Defendant)

National Union Fire Insurance Company of Pittsburgh
70 Pine Street
New York, NY 10270-0150

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Scott Bowling, Esq.
Randall L. Lambert, Esq.
215 South 4th Street
P.O. Box 725
Ironton, OH 45638

an answer to the complaint which is served on you with this summons, within    20    days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

**James Bonini, Clerk**

CLERK

(By) DEPUTY CLERK

4-22-05

DATE