**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

CIVIL ACTION NO. 1:00cv00014 (WOB)

SIMPSON, ET AL,                                                    PLAINTIFFS

VS.                              O R D E R

INTERMET CORPORATION, ET AL,                                      DEFENDANTS


This matter is before the court on a motion of plaintiffs for judgment on the pleadings and to approve settlement (Doc. #94), and said plaintiffs having filed a Notice to Withdraw such Motion (Doc. #113), and the court being advised,

**IT IS ORDERED** that said motion (Doc. #94) be, and it is, hereby **denied as moot**.

This 3rd day of May, 2005.



Signed By:

*William O. Bertelsman* WOB

**United States District Judge**