IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF           CASE NO.: 1:00-CV-14
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                          JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS
_____

**MOTION FOR TELEPHONE SCHEDULING CONFERENCE**

Now come, plaintiffs, by and through counsel, moving the Court for a telephone scheduling conference in the above referenced matter. As of May 16, 2004, Defendant National Union Fire Insurance Co., has answered (See Docket #125) the Supplemental Complaint as filed by the Plaintiffs. All required parties now being before the Court, Plaintiffs respectfully request a scheduling conference.

**Respectfully Submitted,**

LAMBERT, McWHORTER & BOWLING

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax

**Certificate of Service**

A copy of the foregoing Motion was filed on the CMECF electronic filing system, such filing providing service on this the 19th day of May 2005.

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333
740-532-7341 fax