UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:00cv00014 (WOB)**

CARL G. SIMPSON and BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF THE
ESTATE OF CARL D. SIMPSON                                    PLAINTIFF

VS.                              O R D E R

INTERMET CORPORATION, ET AL                                  DEFENDANTS


   This matter is before the court on the motion of plaintiffs for a telephone scheduling conference, and the parties having agreed on a mutually convenient date for such conference, the court being advised,

   **IT IS ORDERED** that said motion be, and it is, hereby **granted**, said scheduling conference to be held on **Wednesday, June 22, 2005 at 1:00 p.m.**  Counsel for plaintiffs, Scott Bowling, shall initiate such conference call.

   This 8th day of June, 2005.



Signed By:
William O. Bertelsman  WOB
United States District Judge