IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED**
**SIMPSON, CO-ADMINISTRATORS OF**              **CASE NO.:** **1:00-cv-14**
**THE ESTATE OF CARL D. SIMPSON**

    **PLAINTIFFS**                                           **JUDGE BERTELSMAN**

VS.

**NATIONAL UNION FIRE**
**INSURANCE COMPANY OF PITTSBURGH, PA**
**ADMINISTRATIVE OFFICES**
**70 PINE STREET**
**NEW YORK, NY   10270-0150**

    **DEFENDANT**

---

**PLAINTIFF'S MOTION FOR JOURNALIZATION AND NUMBERING OF THE DEFENDANT'S CLAIMS FILES AND REQUEST FOR DEFENDANT TO PRODUCE DOCUMENTS**

Now come Plaintiffs, by and through counsel requesting the Court order a Journalization and Numbering of the Defendant's Claims Files and Request for Defendant to Produce Documents which Plaintiffs are entitled to pursuant to their breach of contract claim.  A Memorandum in Support is attached hereto and incorporated by reference.

                                  **Respectfully Submitted,**

                                  LAMBERT, McWHORTER & BOWLING

                                  <u>/s/ D. Scott Bowling</u>
                                  D. SCOTT BOWLING (0067617)
                                  ATTORNEY FOR PLAINTIFFS
                                  215 SOUTH 4TH STREET
                                  P. O. BOX 725
                                  IRONTON, OH  45638

<u>MEMORANDUM IN SUPPORT</u>

Plaintiffs have conceded that the Court has discretionary authority to bifurcate the breach of contract claim and the bad faith claims as requested in Defendant's

Motion to Bifurcate and Stay Discovery of the bad faith claim. However, Plaintiffs request the Court order the Defendant to journalize and "Bates number" the claims file, as it existed at the time of denial of coverage to its insured.

The case law as contained in the Defendant's Motion to Bifurcate and Stay Bad Faith Claims Discovery clearly indicates that the Plaintiffs will be entitled to attorney/client privilege documents as well as the so-called work product documents in the discovery phrase of their bad faith claims.

Counsel for the Plaintiffs request that the Court order the Defendant to number each page of the entire existing claims file as it existed at the time of the denial and request the Court order the production of the non-protected documents within thirty days of its order to produce such documents.

An attempt was made with the counsel for the Plaintiff to come to an agreement as to the request made before the Court at this time, however no such agreement was reached. Plaintiff's counsel believes this request is in line with law as outlined in Defendant's Motion to Bifurcate and Stay such as <u>Garg v. State Automobile Mutual Ins. Co</u>, 155 Ohio App.3d 258; 800 NE2d 757 (2003). Further, since Plaintiff's will later be entitled to the entire claims file upon the successful determination of the Plaintiff's breach of contract claim, numbering the pages as they existed at the time of the denial of the claim would preserve the record and prevent potential alteration of the file.

Attached hereto and marked as 'Exhibit 1' to this

Motion is a proposed Entry outlining the request of the relief sought in this Motion.

                LAMBERT, McWHORTER & BOWLING

                /s/ D. Scott Bowling
                D. SCOTT BOWLING (0067617)
                ATTORNEY FOR PLAINTIFFS
                215 SOUTH 4TH STREET
                P. O. BOX 725
                IRONTON, OH  45638
                attys@cloh.net
                740-532-4333
                740-532-7341 fax

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Response was forwarded on this the <u>15th</u> day of June 2005 by electronic filing to the United States District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        LAMBERT, McWHORTER & BOWLING

                        <u>/s/ D. Scott Bowling</u>
                        D. SCOTT BOWLING (0067617)
                        ATTORNEY FOR PLAINTIFFS
                        215 SOUTH 4TH STREET
                        P. O. BOX 725
                        IRONTON, OH  45638
                        attys@cloh.net
                        740-532-4333

                        740-532-7341 fax