IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON** | : | **CASE NO.:** <u>1:00-cv-14</u> |
| **PLAINTIFFS** | : | JUDGE BERTELSMAN |
| VS. | | |
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ADMINISTRATIVE OFFICES 70 PINE STREET NEW YORK, NY  10270-0150** | : : | NOTICE OF SUBMISSION |
| **DEFENDANT** | | |

Now comes counsel for the Plaintiffs, giving Notice to the Court that on June 16, 2005 a First Set of Interrogatories and First Request For Production Of Documents Of Plaintiffs Propounded To Defendants, was transmitted via overnight mail to:

      Mr. Samuel M. Pipino, Esquire
       WILES, BOYLE, BURKHOLDER
        & BRINGARDNER CO., LPA
     300 Spruce Street, Floor One

        Columbus, OH  43215

**Respectfully Submitted,**

LAMBERT, McWHORTER & BOWLING

<u>/s/ D. Scott Bowling</u>
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Response was forwarded on this the <u>16th</u> day of June 2005 by

electronic filing to the United States District Court.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

LAMBERT, McWHORTER & BOWLING

/s/ D. Scott Bowling
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
attys@cloh.net
740-532-4333

740-532-7341 fax