UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:00cv00014 (WOB)

CARL G. SIMPSON and BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF THE
ESTATE OF CARL D. SIMPSON                                    PLAINTIFF

VS.                              O R D E R

NATIONAL UNION FIRE INSURANCE                               DEFENDANT


        This matter is before the court on the motion of defendants to
bifurcate and stay the bad faith claim from the contract dispute
(Doc. #127) and the motion of plaintiffs for journalization of
defendants claims file (Doc. # 130).  Oral argument, via telephone
conference call, was held on such motions on June 22, 2005.
Plaintiff was represented by D. Scott Bowling and Randall Lee
Lambert; and defendant National Union Fire Insurance was
represented by Samuel D. Pipilo.  The parties having been heard,
the court being advised,

        IT IS ORDERED as follows:

        1.  That defendant's motion to bifurcate and stay proceedings
(Doc. #127)be, and it is, hereby **granted**;

        2.  That plaintiffs' motion for journalization be, and it is,
hereby **denied**; however, defendant is ordered to preserve the claims
file, as it existed prior to denial of the claim, intact pending
resolution of the bad faith claim;

        3.  That plaintiffs shall have until**July 31, 2005** in which to
file appropriate motions;

        4.  That defendant shall have **thirty (30) days** thereafter to

file any response thereto.

This 22nd day of June, 2005.



Signed By:

**_William O. Bertelsman_**

**United States District Judge**