IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CARL G. SIMPSON AND BONNIE REED SIMPSON, CO-ADMINISTRATORS OF THE ESTATE OF CARL D. SIMPSON** | **CASE NO.: 1:00-cv-00014** |
| **PLAINTIFFS** | **JUDGE BERTELSMAN** |
| VS. | |
| **INTERMET CORPORATION, ET AL.** | |
| **DEFENDANTS** | |

**PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBITS**

Now come the Plaintiffs, by and through counsel, giving Notice of the manual filing of "Exhibits 1-9" to the Plaintiffs' Motion for Declaratory Judgment and Motion for Summary Judgment filed electronically on July 28, 2005:

        **Respectfully Submitted,**

        LAMBERT, McWHORTER & BOWLING


        /s/ D. Scott Bowling
        RANDALL L. LAMBERT (0017987)
        D. SCOTT BOWLING (0067617)
        ATTORNEY FOR PLAINTIFFS
        215 SOUTH 4TH STREET
        P. O. BOX 725
        IRONTON, OH  45638
        sbowling@lmb-attorneys.com
        740-532-4333
        740-532-7341 fax


*CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the foregoing

Notice of Filing was served by U. S. regular mail on this the 28th day of July, 2005, upon the following:

        Samuel M. Pipino, Esquire
        300 Spruce Street
        Floor One
        Columbus, OH  43215-1173
        Attorney for Defendant, National Union

        /s/ D. Scott Bowling
        RANDALL L. LAMBERT (0017987)
        D. SCOTT BOWLING (0067617)
        ATTORNEY FOR PLAINTIFFS