IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carl G. Simpson, et al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv14 |
| vs. : | |
| : | District Judge William O. Bertelsman |
| Intermet Corp., et al., : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

Exhibits in support of Motion for Declaratory Judgment & Motion for Summary Judgment

8/1/05               JAMES BONINI, CLERK


                            ___s/William Miller_____
                                 Deputy Clerk