IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARL G. SIMPSON AND BONNIE REED
SIMPSON, CO-ADMINISTRATORS OF           CASE NO.:  1:00-cv-00014
THE ESTATE OF CARL D. SIMPSON

    PLAINTIFFS                           JUDGE BERTELSMAN

VS.

INTERMET CORPORATION, ET AL.

    DEFENDANTS

---

**PLAINTIFFS' NOTICE OF MANUAL FILING OF EXHIBITS**

Now come the Plaintiffs, by and through counsel, giving Notice of the manual filing of "Exhibits 1-3" to the Plaintiffs' Memorandum in Opposition to Defendant, National Union Fire Insurance Company of Pittsburgh, PA's Cross-Motion for Summary Judgment and Declaratory Relief and Memroandum in Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment filed electronically on August 23, 2005.

                                  **Respectfully Submitted,**

                                  LAMBERT, McWHORTER & BOWLING

                                  /s/ D. Scott Bowling
                                  RANDALL L. LAMBERT (0017987)
                                  D. SCOTT BOWLING (0067617)
                                  ATTORNEY FOR PLAINTIFFS
                                  215 SOUTH 4TH STREET
                                  P. O. BOX 725
                                  IRONTON, OH  45638
                                  sbowling@lmb-attorneys.com
                                  740-532-4333
                                  740-532-7341 fax

*CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the foregoing Notice of Filing was served by U. S. regular mail on this the <u>23rd</u> day of August, 2005, upon the following:

        Samuel M. Pipino, Esquire
           300 Spruce Street
             Floor One
       Columbus, OH  43215-1173
   Attorney for Defendant, National Union

                <u>/s/ D. Scott Bowling</u>
                RANDALL L. LAMBERT (0017987)
                D. SCOTT BOWLING (0067617)
                ATTORNEY FOR PLAINTIFFS