IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED**
**SIMPSON, CO-ADMINISTRATORS OF**          CASE NO.:  1:00-cv-00014
**THE ESTATE OF CARL D. SIMPSON**

    **PLAINTIFFS**                                    JUDGE BERTELSMAN

VS.

**INTERMET CORPORATION, ET AL.**

    **DEFENDANTS**

---

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Now come the Plaintiffs, by and through counsel, requesting the Court schedule the Motions for Summary Judgment and Declaratory Judgment as filed by both parties for oral argument.

**Respectfully Submitted,**

LAMBERT, McWHORTER & BOWLING

 /s/ D. Scott Bowling
RANDALL L. LAMBERT (0017987)
D. SCOTT BOWLING (0067617)
ATTORNEY FOR PLAINTIFFS
215 SOUTH 4TH STREET
P. O. BOX 725
IRONTON, OH  45638
sbowling@lmb-attorneys.com
740-532-4333
740-532-7341 fax

*CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the foregoing

Request for Oral Argument was served by U. S. regular mail on this the 23rd day of August, 2005, upon the following:

        Samuel M. Pipino, Esquire
           300 Spruce Street
              Floor One
      Columbus, OH  43215-1173
  Attorney for Defendant, National Union

                              /s/ D. Scott Bowling
                            RANDALL L. LAMBERT (0017987)
                            D. SCOTT BOWLING (0067617)
                            ATTORNEY FOR PLAINTIFFS