UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

**CARL G. SIMPSON, Co-Administrator
of the Estate of Carl D. Simpson,
et al**                                                           **PLAINTIFFS**

vs.                                      <u>ORDER</u>

**NATIONAL UNION FIRE INSURANCE CO.**               **DEFENDANT**


This matter is before the court on the motion of plaintiff for declaratory judgment and motion for summary judgment (Doc. #133) and defendant's cross-motion for summary judgment (Doc. #135), and motion for oral argument (Doc. #138), and the court being advised,

**IT IS ORDERED** that motion for oral argument be, and it is, hereby **granted**, said oral argument to be held on **Wednesday, October 19, 2005 at 1:00 p.m.** in Room 505, United States Courthouse, 35 West Fifth Street in Covington, KY.

This 28th day of September, 2005.



Signed By:
William O. Bertelsman
United States District Judge