UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:00cv00014-SJD

| | |
|---|---|
| **CARL G. SIMPSON, Co-Administrator of the Estate of Carl D. Simpson, et al** | **PLAINTIFFS** |
| v. | JUDGMENT |
| **INTERMET CORPORATION** | **DEFENDANTS** |
| **INTERMET/IRONTON IRON, INC.** | **DEFENDANTS** |
| **HAYES MEMMERZ INTERNATIONAL EQUIPMENT AND ENGINEERING, INC.** | **DEFENDANTS** |
| **CMI EQUIPMENT AND ENGINEERING, INC.** | **DEFENDANTS** |
| **GEORGE FISCHER DISA, INC.** | **DEFENDANTS** |
| **NATIONAL UNION FIRE INSURANCE CO.** | **DEFENDANTS** |

Pursuant to the Opinion and Order entered concurrently herewith,

IT IS ORDERED AND ADJUDGED that all claims herein be, and they are, hereby dismissed, with prejudice, and that the matter be, and it is, hereby stricken from the docket of this court.

This 27th day of October, 2005.



Signed By:
*William O. Bertelsman* WOB
United States District Judge