IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CARL G. SIMPSON AND BONNIE REED**
**SIMPSON, CO-ADMINISTRATORS OF**              CASE NO.: 1:00-cv-00014
**THE ESTATE OF CARL D. SIMPSON**

     **PLAINTIFFS**                                    JUDGE BERTELSMAN

VS.

**INTERMET CORPORATION, ET AL.**

     **DEFENDANTS**

---

**NOTICE OF APPEAL**

Now come the Plaintiffs, Carl G. Simpson and Bonnie Reed Simpson, Co-Administrators of the Estate of Carl D. Simpson, by and through counsel, giving Notice of their Appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this matter on October 27, 2005, by which the District Court granted Defendant, National Union Fire Insurance of PA's cross motion for summary judgment and denied Plaintiffs' motion for declaratory judgment and motion for summary judgment.

                                 **Respectfully Submitted,**

                                 LAMBERT, McWHORTER & BOWLING

                                 /s/ D. Scott Bowling
                                 RANDALL L. LAMBERT (0017987)
                                 D. SCOTT BOWLING (0067617)
                                 ATTORNEY FOR PLAINTIFFS
                                 215 SOUTH 4TH STREET
                                 P. O. BOX 725
                                 IRONTON, OH  45638
                                 sbowling@lmb-attorneys.com
                                 740-532-4333
                                 740-532-7341 fax

*CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the foregoing

Notice of Appeal was served by U. S. regular mail and electronic filing on the Federal Court filing system on this the 16th day of November, 2005, upon the following:

>     Samuel M. Pipino, Esquire
>         300 Spruce Street
>             Floor One
>     Columbus, OH  43215-1173
>     Attorney for Defendant, National Union

>                              /s/ D. Scott Bowling
>                              RANDALL L. LAMBERT (0017987)
>                              D. SCOTT BOWLING (0067617)
>                              ATTORNEY FOR PLAINTIFFS