```
Thu Nov 17 12:54:37 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 428780
Cashier          mc1

Check Number:  12011

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount      $       255.00

LAMBERT & MCWHORTER CO LPA


NOTICE OF APPEAL 1:00CV14




Thu Nov 17 12:54:37 2005

Check No.  12011
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```