UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-4536

FILED
JAMES LOMINI
CLERK

07 FEB -5 AM 11:31

Filed: February 1, 2007

CARL G. SIMPSON, Co-Administrator of the Estate of Carl D
Simpson; BONNIE REED SIMPSON, Co-Administrator of the Estate
of Carl D. Simpson

    Plaintiffs - Appellants

v.

INTERMET CORPORATION, et al.

    Defendants

NATIONAL UNION FIRE INSURANCE CO.

    Defendant - Appellee

**MANDATE**

Pursuant to the court's disposition that was filed 1/9/07 the mandate for this case hereby issues today.

A True Copy.

COSTS: None

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: February 1, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

    RE: 05-4536
        Simpson vs. Intermet Corporation
        District Court No. 00-00014

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Ms. Michelle M. Davis
Case Manager

cc:
Honorable William O. Bertelsman
Mr. D. Scott Bowling
Mr. Samuel M. Pipino